1  Shana Lee McCart-Pollak
   1900 Thunder Ridge Circle
2  Henderson, Nevada 89012
   (702) 439-2263
3  Email: lotsoflovebuddies@yahoo.com
4  DEFENDANT IN PROPER PERSON

```
┌─────────────────────────────────┐
│ ✓ FILED              RECEIVED    │
│   ENTERED            SERVED ON   │
│          COUNSEL/PARTIES OF RECORD│
│                                  │
│         AUG 26 2015              │
│                                  │
│   CLERK US DISTRICT COURT        │
│      DISTRICT OF NEVADA          │
│ BY:_____     DEPUTY   │
└─────────────────────────────────┘
```

5              UNITED STATES DISTRICT COURT

6                  DISTRICT OF NEVADA

7

8  ON DEMAND DIRECT RESPONSE,LLC

9  AND ON DEMAND DIRECT RESPONSE

10 III, LLC,                            CASE NO.: 02:15-cv-01567-MMD-
                                        VCF
11                   Plaintiff(s),

12              -vs-

13 SHANA LEE MCCART-POLLAK D/B/A

14 LOL BUDDIES ENTERPRISES

15                   Defendant(s).

16

17     RESPONSE TO PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE
                   RE: PRELIMINARY INJUNCTION
18

19                  HEARING DATE: 8/28/2015
                HEARING TIME: 8:30 (TELEPHONIC)
20

21        I, Shana Lee McCart-Pollak, adamantly deny that any of the evidence is false on

22 the website www.lotsoflovebuddies.com and social media.  The powerful evidence

23 paints a solid picture of the truth.  This is why On Demand filed this emergency motion

24 to try and restrain this evidence from the American People.  On Demand still, as of

25 August 25, 2015, have failed to serve me with a lawsuit.  To honor this emergency

26 restraining order refraining me from speaking and showing The Truth, would infringe

27 intrinsically on my constitutional rights of The First Amendment "The Freedom of

28 Speech."  Therefore, I request that this motion for a restraining order is Denied.

I, Shana Lee McCart-Pollak, adamantly deny that any evidence is false on the website www.lotsoflovebuddies.com and social media.  The powerful evidence paints a solid picture of the truth.  To honor this emergency restraining order refraining me from speaking and showing The Truth, would obstruct the ability for investors to do Due Diligence on any of the parties involved, especially Kevin Harrington and STOY (Spiral Toys who claim they are the brainchild of CloudPets which I vehemently dispute) This is why On Demand filed this emergency motion to try and refrain this evidence from the American People.  The connections made between Kevin Harrington, CloudPets and their mutual partners is astounding.  Therefore, I request that this motion for a restraining order be Denied.

## EVIDENCE FROM THE LOTS OF LOVE BUDDIES WEBSITE

## WWW.LOTSOFLOVEBUDDIES.COM

### SECTION 1

### WHAT IS LOTS OF LOVE BUDDIES

1. The first piece of Evidence from my website shows the steps that I took to Protect and Pursue The American Dream. Please see (Exhibit A along with supporting evidence a1-a7) There is a description on the website which explains the evidence if there needed to be an explanation, or explains where I got the evidence.  If there is no description then it is self explanatory or the picture states the evidence. This goes for each piece of evidence which I am presenting from the website.

2. The next piece of Evidence from my website is the letter from my patent attorney, Edward Etkin, which was in my brochure (Exhibit B)

3. The next piece of evidence is my Flash Demo of Lots of Love Buddies (Exhibit C)

4. The next piece of evidence Is a diagram drawing "LOL Buddies Enterprises

"A Child's Perception." This diagram was in my brochure. This is how the child would see the teddy bear. (Exhibit D)

5. The next piece of evidence is "My LOL Buddies presentation" (LOL Buddies is the acronym for Lots of Love Buddies they are synonymous with each other)  This presentation was also in my brochure. (Exhibit E)

6. The last piece of evidence in this section is another diagram drawing "LOL Buddies Enterprises "A Child's Perception" smaller version of an LOL Buddy attachable message only (Exhibit F) This version was the simplest version of the Lots of Love Buddies and would clip to a backpack so parents could get a message to a child at anytime, whether they are in school, friends, etc.

**EVIDENCE FROM THE LOTS OF LOVE BUDDIES WEBSITE**

**WWW.LOTSOFLOVEBUDDIES.COM**

**SECTION 2**

**EVIDENCE KEVIN HARRINGTON STOLE LOTS OF LOVE BUDDIES**

7. The first piece of evidence in this section... are pictures of Kevin Harrington

at The Chicago Toy and Game Convention holding my Lots of Love Buddies brochure after I pitched "Lots of Love Buddies" to him. You see The front of the Brochure,  and you see the back of the brochure.  Kevin Harrington was the Keynote speaker at this convention. The artwork on The brochure are original custom art that Symea Rosales did for Lots Of Love Buddies marketing. These pictures were shared publicly on Facebook  by Kevin Harrington, himself. (The one next to the Storm Trooper) and the other  picture was shared publicly on Facebook by

# Section 1
# Exhibits A-F

lotsoflovebuddies.com

EVIDENCE Welcome to LOL Buddies Enterprises 
Creators of the revolutionary Lots of Love Buddies™ line of interactive toys

Home

# Steps that I took to protect and pursue the American Dream!

### Filed for U.S. and International Patents And trademarks (See Patent Lawyers Letter)

### Claimed Domain Names

### Designed logo

### Flash Demo of Concept

### Designed Brochures

### Designed business cards

These are the steps I took to pursue and protect
My American Dream "Lots of Love Buddies"

## Steps that I took to protect and pursue the American Dream! Continued

### A Toll Free Number

### Flew out to Chicago Toy and Game Convention on my daughters 8th Birthday

### As you can see... I not only invested A lot of MONEY... But also sacrificed A lot of TIME

### It is despicable that someone worth 450 million... Would merely flip through His Rolodex... Make a few phone calls... And blatantly steal my "Lots of Love Buddies" in minutes.

These are the steps I took to pursue and protect
My American Dream "Lots of Love Buddies"
continued

Law Office of Edward Elkin, Esq. PC

This was the letter which was in my "Lots of Love Bu
brochure, from my Patent Lawyer, stating that I hav


**GoDaddy**
*it's go time*

All Products   Domains   Websites   Hosting & SSL   **NEW** Get Found   Email & Tools   Support

**LOTSOFLOVEBUDDIES.COM**
(Registered)

**Is this your domain?**
Add hosting, email and more.

**Want to buy this domain?**
Get it with our Domain Buy service

Domain Name: LOTSOFLOVEBUDDIES.COM
Registry Domain ID: 1697636641_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-12-17 10:37:54
Creation Date: 2012-01-18 15:27:52
Registrar Registration Expiration Date: 2015-01-18 15:27:52
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Shana McCart-Pollak
Registrant Organization:
Registrant Street: 224 Via Mezza Luna Court
Registrant City: Henderson
Registrant State/Province: Nevada
Registrant Postal Code: 89011
Registrant Country: United States
Registrant Phone: +1.7025259382
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: thegigglingprincess@yahoo.com
Registry Admin ID:
Admin Name: Shana McCart-Pollak
Admin Organization:
Admin Street: 224 Via Mezza Luna Court
Admin City: Henderson
Admin State/Province: Nevada
Admin Postal Code: 89011
Admin Country: United States
Admin Phone: +1.7025259382
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: thegigglingprincess@yahoo.com
Registry Tech ID:
Tech Name: Shana McCart-Pollak
Tech Organization:
Tech Street: 224 Via Mezza Luna Court
Tech City: Henderson
Tech State/Province: Nevada
Tech Postal Code: 89011
Tech Country: United States
Tech Phone: +1.7025259382
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: thegigglingprincess@yahoo.com
Name Server: NS15.DOMAINCONTROL.COM
Name Server: NS16.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
Last update of WHOIS database: 2014-8-1T17:00:00Z

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,

## Domain already taken?

Enter Domain Name          .com   ▼   Search

### NameMatch Recommendations

GoDaddy.com NameMatch has found similar domain names related to your search. Registering
multiple domain names may help protect your online brand and enable you to capture more Web
traffic, which you can then direct to your primary domain.

**Domains available for new registration:**

    **Alternate TLDs**

| | | |
|---|---|---|
| lotsoflovebuddies.**net** | SAVE! | $9.99*/yr |
| lotsoflovebuddies.**org** | SAVE! | $12.99*/yr |
| lotsoflovebuddies.**us** | SAVE! | $4.99/yr |
| lotsoflovebuddies.**biz** | SAVE! | $7.99*/yr |
| lotsoflovebuddies.**mobi** | SAVE! | $9.99*/yr |
| lotsoflovebuddies.**ca** | | $12.99/yr |
| lotsoflovebuddies.**me** | SAVE! | $9.99/yr |
| lotsoflovebuddies.**ws** | SAVE! | $9.99/yr |

    **Similar Premium Domains**

| | |
|---|---|
| HoroscopesLove.com | $1,449.00* |
| CapricornLove.com | $999.00* |
| AquariusLove.com | $999.00* |
| PassionAndLove.com | $1,888.00* |
| BeautifulLots.com | $888.00* |
| BulkLotsOnline.com | $2,088.00* |

**Domains available at Go Daddy Auctions®:**

| | |
|---|---|
| newyorklots.com<br>Ends on: 11/1/2014 12:00:00 AM PDT | $50,000.00* |
| bethlehemsions.com<br>Ends on: 10/28/2014 12:00:00 AM PDT | $4,999.00* |
| lehighvalleylots.com<br>Ends on: 10/28/2014 12:00:00 AM PDT | $5,999.00* |
| buddiesfirst.com<br>Ends on: 10/22/2014 1:01:00 PM PDT | $1,000.00* |
| womeninlove.com<br>Ends on: 10/21/2014 12:00:00 AM PDT | $5,000.00* |
| baybuddies.com<br>Ends on: 10/10/2014 9:06:00 AM PDT | $2,588.00* |

### Learn more about

Private Registration          Deluxe Registration

Business Registration          Protected Registration

From: **Shana Pollak** thegigglingprincess@yahoo.com
Subject: Logo
Date: February 17, 2012 at 1:04 PM
To: edward@etkinlaw.com

Hi Edward... I am usually available anytime. So just send me an email for a good time for you and I will make sure it works! Here is my logo. I tried sending it yesterday but I think it went to your other email address. Please let me know what you think!

Looking forward to talking with you!
Thanks Shana





Folders colors to decide date

**Shana Pollak**
To Me

*October 24, 2012*



**Sent from my iPhone**

Reply, Reply All or Forward | More





# Toll Free Birth Certificate

**Toll Free #: 855-565-8697**

**Date: 10/25/2012**

**Ring to:** 702-525-9382

**Born to:** Shana McCart-Pollak
2454 Silver Swan Court

Henderson

NV , 89052

**Certificate #41280**

Bill Quimby
Certified SMS/800 Administrator

This sworn document certifies the official date which the toll free number above was activated by Resp-org.com (Id Q2A01). The person or organization listed above is the official and true end user of record ("Owner") and has full portability rights for said number.

The end user above can transfer this number to any toll free service provider they select by obtaining, completing and returning that company's Resporg Change Form (sometimes called an LOA) from the new carrier. Please include this certificate with that request form and consider this the equivalent of a phone bill for any company that requests a bill copy in order to process transfer request, even if the name or address is slightly different at the new carrier. See Resp-org.com for any additional questions or information.

Resp-org.com (and it's parent company TollFreeNumbers.com) provides a unique independent third party resporg service dedicated to assisting customers in locating and securing better toll free numbers. They do not provide traditional long distance or ongoing toll free service so the customer above MUST transfer their number to another carrier for the ongoing service. This independence is important and allows us to serve and work effectively with variety of long distance carriers. Telecom Agents: For information on how you can get paid for referring visitors, and how we can send customers back to you, see 1800MARKETER.com.

From: **Kate Hennessey** kate.hennessey@milnetravel.com
Subject: Itinerary for SHANA POLLAK on 11/14/12
Date: October 3, 2012 at 9:54 AM
To: LOTSOFLOVEBUDDIES@YAHOO.COM

 

Milne Travel American Express
545 Hooksett Rd
Manchester, NH 03104
603.647.1700

www.milnetravel.com

Wednesday, 3OCT 2012 12:53 PM EDT
**Passengers:** SHANA POLLAK
Agency Record Locator: WL2HSQ

**HOTEL**      **Wednesday, 14NOV 2012**

**DOUBLETREE MAG MILE (DOUBLETREE)**
DOUBLETREE MAG MILE 300 E. OHIO STREET CHICAGO IL 60611

**Number of Rooms:** 1          **Confirmation Number:** 80465660

**Phone:** 1-312-787-6100

**Rate:** 155.00

**Check Out:** Saturday, 17NOV 2012
RATE PER NIGHT: $155.00 USD

72 HOUR PRIOR TO ARRIVAL CANCELLATION POLICY

FOR RESERVATIONS M-F 8A-6P CALL 603-641-2632
AFTER HOURS FROM NORTH AMERICA CALL 888-876-4213
FROM OTHER DESTINATIONS CALL 303-876-4190

YOUR TRAVEL COUNSELOR IS: Kate Hennessey

ItineraryWL2HSQ_03OCT
.pdf



## Law Office of Edward Elkin, Esq. PC

**Edward Elkin, Esq.**
Principal Attorney

**VIA – EMAIL**

Shana Lee McCart-Pollak
LOL Buddies Enterprises
224 Via Mezza Luna Court
Henderson, NV 89011

November 15, 2012

RE: Affirmation and Certification of (1) U.S. and International (PCT) Patent Pending Status of Patent Application for "System and Method for Providing a Toy Operable for Receiving and Selectively Vocalizing Various Electronic Communications from Authorized Parties, and For Providing a Configurable Platform Independent Interactive Infrastructure for Facilitating Optimal Utilization Thereof" (Our files 1138-2, and 1138-2PCT), and of (2) Pending Registration Status of your Company's Federal Trademarks.

Dear Ms. McCart-Pollak:

I am writing to confirm that the portfolio of inventions, relating to your company's innovative "LOL Buddies" products and services, are embodied in the following patent applications prepared and filed by our firm.

(1) The full U.S. utility patent application entitled "System and Method for Providing a Toy Operable for Receiving and Selectively Vocalizing Various Electronic Communications from Authorized Parties, and For Providing a Configurable Platform Independent Interactive Infrastructure for Facilitating Optimal Utilization Thereof", that has been filed at the U.S. Patent and Trademark Office (USPTO), and

(2) The parallel corresponding International Patent Cooperation Treaty (PCT) filed at the USPTO PCT Receiving Office

Accordingly, in view of the above U.S. and PCT patent application filings, I affirm and certify that your inventions embodied in the above-specified patent applications have both U.S., and International Patent Pending Status.

Furthermore, as we discussed, I also confirm that the above-referenced U.S. Patent Application has been qualified for entry into the USPTO First Full Action Interview (FFAI) Pilot Program, which will greatly streamline and shorten the patent prosecution process following the initial examination of the application.

(over)

Law Office of Edward Elkin
28 West 3rd Ave. Ste. A
Brooklyn NY 11215
Phone / (718) 440-1122
Mobile / (646) 704-5383
Fax / (718) 504-4686
dedick@inter.com

---



I also confirm that both of your U.S. Federal Trademark Registration Applications for your company's "LOL Buddies" and "Lots Of Love Buddies" trademarks, respectively, are currently in condition for allowance, pending the entry, by the USPTO TM Examiner, of the amended TM Class field of use descriptions filed by our firm in connection with each of the trademarks.

If there are any questions regarding the above, or if any third party requires additional verification or information regarding your company's IP protection filings and/or status (with your consent), please do not hesitate to contact me

Best Regards,

Edward Elkin, Esq.

---

This was the letter which was in my "Lots of Love Buddies" brochure, from my Patent Lawyer, stating that I have a FULL U.S. and INTERNATIONAL PATENT pending

(Please note this is not a provisional patent... this is a full patent)

It also states that I have applied for two Trademarks

Lots of Love Buddies

and LOL Buddies

All of my brochures, business cards, etc. all stated that I am U.S. and Internationally Patent Pending.

Develop / Enhance / Protect / Deploy

ontent on this page requires a newer version of Adobe Flash Player.

This was my flash demo (the Lots of Love Buddies concept) which I showed to my one on ones at the Chicago Toy and Game Convention....

The link to the Flash demo was also in my presentation which was in my brochure so anyone could access the Flash Demo who recieved my brochure.

Click on heart to see demo...

**Content on this page requires a newer version of Adobe Flash Player.**

This was my flash demo (the Lots of Love Buddies concept) which I showed to my one on ones at the Chicago Toy and Game Convention...

The link to the Flash demo was also in my presentation which was in my brochure so anyone could access the Flash Demo who recieved my brochure.

Click on heart to see demo...

This was a simple diagram of Lots of Love Buddies. This is from "A Child's Perception"

So when a child looked at a Lots of Love Buddy they would see a stuffed animal... it would have a heart which would flash letting the child know there was a message.

The stuffed animal would also Laugh out Loud as a verbal message indicator

The stuffed animal would vocalize the message to the child

But I did not want the child staring at the Lots of Love Buddies waiting for a message to come in so there would also be apps in various places for example ears, paws, etc. where you could download books, songs, etc. then you could simply change out the apps as the child grew and download new content... extending the playability of the toy.

Please notice again it is stated that I am

U.S. and International Patent pending



LOL Buddies Enterprises "A Child's Perception"

APPS

Laugh Out Loud
Verbal Message
Indicator

Flashing
Message
Indicator

APPS

Vocalization
of Message

APPS

APPS

U.S. and International patents pending

Case 2:13-cv-01379-MMD-EJY Document 18 Filed 08/26/16 Page 16 of 90

Today people are constantly buying stuffed animals to send special messages to the ones they love. The plush toy may be holding a heart pillow that says, "Hugs and Kisses," wearing a sweater that says, "I love you," etc...However,

I believe the toy industry and technology will collide in the near future, and there will be an explosion of amazing toys that people will fall in love with... One of these toys, I believe, will be LOL Buddies

As you can see, the big surprise for Shaylee was her Dad coming home. Even though she is hugging her Dad with all of her might... She is still clenching her LOL Buddy...because this little guy meant the world to her while her Dad was 1,000's of miles away. Every time she touched the flashing heart... her Dad hugged her soul.

### See LOL Buddy Diagram "A Child's Perception"

The heart flashing is the visual indicator that there is a message... However, the LOL Buddy will also laugh out loud as a verbal indicator of a message.

So, Imagine how children's hearts will swell with emotion when the heart begins to flash to let them know they have a message... or how fast they will bolt into another room when they hear it laugh out loud.

I believe, the most important feature of the LOL Buddy is the ability to instantly send and vocalize Lots of Love bringing families and loved ones closer.

### Apps

However, I did not want the child to be staring at the LOL Buddy waiting for a message to come... So, there will be various pressure points where apps, books, songs, etc. can be downloaded onto the LOL Buddy.

I believe the second most important aspect of the LOL Buddy is that the playability and interest level will be constantly renewed

Every time the heart flashes, a child's excitement and interest level in the toy resumes.

Then, with the ability to download apps, the LOL Buddy can grow with the child .. For Example, if the child is a baby, the LOL Buddy may have the song "Itsy Bitsy Spider" downloaded on his paw. When the child becomes a preschooler, that same paw now may hold the "ABC's" song, and when that same child is in elementary school, that paw may now hold the "states and capitals" song. Each time the app is changed, a new life is breathed into the playability of the LOL Buddy.

### LOL Buddies are Gender Neutral

However, I can see special Charity LOL Buddies... like a pink or a camouflaged bear as being more gender specific. However...

### LOL Buddies are also Generation Neutral

Imagine the impact LOL Buddies could have when someone's life has drastically been changed... The mother who just received the diagnosis from the doctor of breast cancer... or the wounded warrior who was just injured. Anyone, in a rehabilitation center or hospital who is away from his/her family and friends can instantly be connected to the loved ones. The apps can be inspirational quotes, bible versus, or even jokes of the day. I believe the Love of LOL Buddies will embrace every generation

### The Giver and Recipient

LOL Buddies will also be unique because the giver of an LOL Buddy and the recipient will both feel the bond and love that it will create. Each time the giver sends a message he/she will know that he/she is touching the life and hugging the soul of someone he/she loves. . . and the recipients will know someone is thinking of them, and they have a special message each time the heart flashes. LOL Buddies will truly be a gift that keeps on giving.

### See Attachable LOL BuddyDiagram

The simplest version of an LOL Buddy is attachable and can be placed on a backpack, lunchbox, slumber bag, purse, etc. This version is only the vocalization of a message. This will be perfect for a child who is in school and a parent needs to get a message to the child. The School will not deliver a message to a child because they cannot verify that indeed you are the parent over the phone. So, if the car breaks down... now you can send a message to let your child know for example. "Marissa, you need to walk to Grandma's after school." The Attachable LOL Buddy will have a flash indicator to let the child know she has a message. During recess, lunch, or after school the children would be able to have the message vocalized to them.

Future LOL Buddies

was also included in my brochure. Please read so you can understand my LOL Buddies concept.

Some items that were also in my brochure which I am not posting at this time... is my Coverage and Value Proposition for my patents which my Patent Lawyer put together. This was sort of a plain english form of my patent which he said is the most important thing to give at Chtag to anyone who is interested. So this of course was also in my brochure. Along with some drawing my daughters had drawn.

E

LOL Buddy... because this little guy meant the world to her while her Dad was 1,000's of miles away. Every time she touched the flashing heart... her Dad hugged her soul.

### See LOL Buddy Diagram "A Child's Perception"

The heart flashing is the visual indicator that there is a message... However, the LOL Buddy will also laugh out loud as a verbal indicator of a message.

So, Imagine how children's hearts will swell with emotion when the heart begins to flash to let them know they have a message... or how fast they will bolt into another room when they hear it laugh out loud.

I believe, the most important feature of the LOL Buddy is the ability to instantly send and vocalize Lots of Love bringing families and loved ones closer.

### Apps

However, I did not want the child to be staring at the LOL Buddy waiting for a message to come... So, there will be various pressure points where apps, books, songs, etc. can be downloaded onto the LOL Buddy.

I believe the second most important aspect of the LOL Buddy is that the playability and interest level will be constantly renewed.

Every time the heart flashes, a child's excitement and interest level in the toy resumes.

Then, with the ability to download apps, the LOL Buddy can grow with the child. For Example, if the child is a baby, the LOL Buddy may have the song "Itsy Bitsy Spider" downloaded on his paw. When the child becomes a preschooler, that same paw now may hold the "ABC's" song, and when that same child is in elementary school, that paw may now hold the "states and capitals" song. Each time the app is changed, a new life is breathed into the playability of the LOL Buddy.

### LOL Buddies are Gender Neutral

However, I can see special Charity LOL Buddies... like a pink or a camouflaged bear as being more gender specific. However...

### LOL Buddies are also Generation Neutral

Imagine the impact LOL Buddies could have when someone's life has drastically been changed... The mother who just received the diagnosis from the doctor of breast cancer... or the wounded warrior who was just injured. Anyone, in a rehabilitation center or hospital who is away from his/her family and friends can instantly be connected to the loved ones. The apps can be inspirational quotes, bible versus, or even jokes of the day. I believe the Love of LOL Buddies will embrace every generation.

### The Giver and Recipient

LOL Buddies will also be unique because the giver of an LOL Buddy and the recipient will both feel the bond and love that it will create. Each time the giver sends a message he/she will know that he/she is touching the life and hugging the soul of someone he/she loves... and the recipients will know someone is thinking of them, and they have a special message each time the heart flashes. LOL Buddies will truly be a gift that keeps on giving.

### See Attachable LOL BuddyDiagram

The simplest version of an LOL Buddy is attachable and can be placed on a backpack, lunchbox, slumber bag, purse, etc. This version is only the vocalization of a message. This will be perfect for a child who is in school and a parent needs to get a message to the child. The School will not deliver a message to a child because they cannot verify that indeed you are the parent over the phone. So, if the car breaks down... now you can send a message to let your child know for example, "Marissa, you need to walk to Grandma's after school." The Attachable LOL Buddy will have a flash indicator to let the child know she has a message. During recess, lunch, or after school the children would be able to have the message vocalized to them.

### Future LOL Buddies

Today, I have given you a brief description of the two simplest versions of my patents. You will also find in my folder an "IP coverage and value proposition overview," drawings and a letter from my patent attorney; however, even this does not cover the extent of the patent. I would love to be able to go more into detail about some of the more technical features that the future LOL Buddies may possess, for example, animatronics like blinking eyes or moving mouths... to bring the LOL Buddy to life. I also see voice and facial recognition in the future to enhance the LOL Buddy for the recipient.

My dream is that LOL Buddies will touch the hearts and souls of people in every

This was a second diagram I had in the brochure which was the simplest form of Lots of Love Buddies.

This was a smaller version that would attach to a backpack.

This only vocalized messages to the child... it would not have the apps in the paws. This was mainly for younger children who are not old enough for phones. for when they were at school, a friends house etc. and you needed to relay a message to your child.

Again notice the U.S and International Patents Pending

# LOL Buddies Enterprises "A Child's Perception"

smaller version of entOL Buddy stae habble message only



Flashing
Message
Indicator

Vocalization
of Message

U.S and International Patents Pending

Jukem Football (The one showing the back of the brochure) The bottom two pictures are the front and back of my brochure (Exhibit G)

8.   The next piece of Evidence is a video of Kevin Harrington from the Bethenny Show… where he states, " Get a mentor, talk to someone who can help you… alot of times if this idea is so unique be careful not to share it with anybody… **because people will steal you idea**… and that's for sure!" (Exhibit H and supporting evidence that Kevin Harrington knocks off ideas h1 from his book,  Act Now!)

9.  The next piece of evidence are text messages that I, Shana Lee McCart-

Pollak sent home to my husband and mother after I pitched to  Kevin Harrington. (Exhibit I) These are still on my phone which I will produce at trial.

10. The next piece of evidence shows CloudPets and Kevin Harrington's connections through the same mutual partners. (Exhibit J)

11. The next (5) pieces of Evidence goes into each partner with evidence of the

Relationships. As Seen on TV (Exhibit K with supporting evidence k1-k2)

12. Jay at Play (Exhibit L with supporting evidence l1)

13. Hutton Miller (Exhibit M with supporting evidence m1-m2)

14. On Demand Global (Exhibit N with supporting evidence n1-n4)

15. Digital Target Marketing (Exhibit O with supporting evidence o1-o5)

16. The next piece of Evidence is ERA… Electronic Retail Association… this is

Kevin Harrington is one of the Founding Fathers. (Exhibit P with

# Section 2
# Exhibits G-P

The top two pictures were taken at the Chicago Toy and Game Convention (Chitag) in November of 2012. KEVIN HARRINGTON was the keynote Speaker. This is where my "Lots of Love Buddies" was stolen.

The top left picture~ KEVIN HARRINGTON posted this picture on his facebook page of himself posing with a storm trooper. This picture was taken after I pitched to him. In his hands he is holding my cream "Lots of Love Buddies" brochure and Jukems green game box.

The top right picture~ This was posted on Jukem's facebook page. The gentleman from Jukem is actually pitching his idea to KEVIN HARRINGTON like I did. KEVIN HARRINGTON has my brochure in his hand. He is now displaying the back of my brochure.

The bottom two pictures are the front and back of my brochure. Since all of my images on my brochure are original artwork, specially designed by my Aunt Symea Rosales, there is no question about what he is holding in his hand.







Please play the video to the left.

This video is KEVIN HARRINGTON from when he was on the Bethenny Show, November 21, 2013.

(1 year after I pitched to Kevin Harrington)

He states be careful if this idea is so unique "people will STEAL your idea! That's for sure."

How would he know for sure?? Unless he has stolen an idea... or knows someone who has??





showing are not usually the unheralded items, the little-known or unknown goodies that I can make a deal on for an infomercial or a sale to a shopping channel. Those winners are more often in the outlying rooms, the netherland of low-budget companies and lone entrepreneurs.

When you're working a trade show, be sure to give yourself plenty of time at the "New Products Showcase" (or whatever it might be called). That's where you're most likely to find items that you can run with.

There are plenty of other ways, as well, to find products. Sometimes it just takes inquisitiveness or ingenuity. Several years ago I saw an ad for the Tempur-Pedic mattress. I didn't believe it could be as good as they said, but I have trouble sleeping, so I ordered one. It didn't come cheap; I seem to recall that I paid $2,200.

When the mattress was delivered and I began sleeping on it, I found it unbelievable. I really was getting a much better night's sleep. So naturally I began to wonder what made the mattress so special. This wasn't just curiosity; this was business curiosity. I took a sharp knife and actually sliced down the side of my $2,200 mattress.

The ad had said the top of the mattress was made of a special material called "visco-elastic memory foam." When I pulled the siding away enough to see the construction, it was evident that the top three inches were indeed a different material. So what, really, was this "memory foam"?

It turned out to be one of those byproducts of the space program, a material made from polyurethane and other chemicals,

developed in a search by NASA for ways to reduce the effects of the intense g-force pressure experienced by astronauts during launch. In the end it never worked well enough in that role to be installed in the space capsules, but other uses were found.

The substance has a quality that makes it a good choice as a mattress material: it's firmer at cooler temperatures, but softens when warmed up. When you lie down on a memory foam mattress, as your body heat warms up the material, the foam gradually conforms to the shape of your body, allowing you to feel more comfortable.

Who makes it? Today I could just do an Internet search; back then, a guide to manufacturers and products called the *Thomas Register* gave me the information I was looking for: memory foam was a material available from a company called Carpenter; the firm was doing a billion-dollar business just on that one material.

There are companies in the United States—and elsewhere, I'm sure—that specialize in doing "parallel development." (When people ask if some product or other that I've marketed is a knockoff, my usual answer is, "No, we did some parallel development." That typically gets a laugh.) Whatever you call it, the process involves the sometimes-annoying practice of coming up with a product suggested by what someone else is already marketing, but different enough that you're not infringing on any patents or trademarks. When Crest comes out with something new in its toothpaste, Colgate will, within a few months, introduce a similar product with essentially the same claims of benefits. That's parallel development.

These two pictures are texts which I sent home immediately after I pitched to KEVIN HARRINGTON. The first picture is to my husband (Amore) and the second picture is to my Mom. You can see from the text dated the morning of November 17, 2012 I was excited that I just had the opportunity to pitch to Kevin Harrington.

"Just met Kevin Harrington from shark Tank and as seen on tv... just gave him my brochure. :)"

I also have another text that is not shown to my patent attorney Edward. My phone records and their phone records will be even further evidence of the validity of these texts.

Luckily, I am a hoarder and never deleted any of my text messages from the convention, they are all preserved on my phone... detailing every professional I met, which professionals were introducing me to other professionals. I was the buzz of the show. For instance the pictures of the cupcakes in my texts to my husband was from the Tagie Awards, a formal event the night before, where professionals in the toy industry are honored. The show Cupcake Wars did the cupcakes for the event that night.

Please note I have over 1200 pages of evidence to prove that KEVIN HARRINGTON stole my "Lots of Love Buddies" and all of his connections to CLOUDPETS.

The diagram to the left shows that the companies that CLOUDPETS have partnered with...these same companies have direct connections to KEVIN HARRINGTON.

I will show a few pieces of evidence to each one of these partners.





The View introducing the chairman of As Seen on TV... KEVIN HARRINGTON



# KEVIN HARRINGTON'S connections to As Seen On TV

KEVIN HARRINGTON is the ambassador and Chairman of the Board for As Seen On TV. He is the owner of AsSeenOnTv.com

The top left picture~ Is a facebook ad, sponsored by As Seen On Tv, for CLOUDPETS. Also the As Seen On TV logo is displayed on the CLOUDPETS box.

The top right picture~ Is KEVIN HARRINGTON In the UK standing in front of a As Seen On TV logo on November 29, 2011.

The bottom left picture~ Is KEVIN HARRINGTON posing with the As Seen on TV's pitchman Marc Gill at KEVIN HARRINGTON'S offices.

The bottom right picture~ KEVIN HARRINGTON again in his offices posing between the As Seen On TV logo and his new venture Star Shop.







## KEVIN HARRINGTON'S connections to Jay@Play

(Jay@Play does the Marketing and Direct Response for CLOUDPETS)

**The top left picture~** This is an article that states CLOUDPETS has partnered with On Demand Gobal and Jay@Play to launch their Direct Response Television. The article also claims that Jay@Play is the distributor behind the popular plush brand "Seat Pets"

**The top middle picture~** Shows Jay@Play with the Seat Pets logo and the As Seen on TV logo.

**The top right picture~** Is just an upclode picture of Seat Pets.

**The bottom larger picture** is KEVIN HARRINGTON on Good Morning America Live demonstrating SEAT PETS.

**Another interesting fact** about this episode is that KEVIN HARRINGTON is presenting four products... The GoGo Pillow, the Chillow Pillow, Seat Pets and Hot Huez... These 4 products are directly connected to 3 of CLOUDPETS Partners. This was October 8, 2013 which is almost one year after I pitched to KEVIN HARRINGTON. This shows that KEVIN HARRINGTON is working directly with the same companies that CLOUDPETS are working with at the same era of time.







# KEVIN HARRINGTON'S Connections to Hutton Miller

(Hutton Miller does the Commercial for CLOUDPETS)

The top picture~ This is showing that Hutton Miller is being nominated for a ERA award. ERA stands for Electronic Retail Association. This piece of evidence and its relevance is in more depth a little further down in my evidence.

The middle picture~ Hutton Miller did My Spy Birdhouse

The bottom picture~ KEVIN HARRINGTON on national television again. This time Fox and Friends presenting My Spy Birdhouse.

Another interesting fact is that in this episode he also demonstrates the GoGo Pillow (again), Slide Socket, and My Spy Birdhouse. These 3 products are again directly connected to 2 partners of CLOUDPETS. This was November 20, 2013 (1 year after I pitched to KEVIN HARRINGTON) So once again on national TV he is working with and endorsing partners of CLOUDPETS.



Here is another picture of KEVIN HARRINGTON demonstrating Hot Huez from that episode of GMA Live which I spoke about earlier in the evidence.

As you can see Hutton Miller who did CLOUDPETS Commercial also did Hot Huez.







CloudPets

On Demand Global Direct Marketing

Kevin Harrington

Same Partner

**KEVIN HARRINGTON'S Connections to On Demand Global**

(On Demand Global does the Marketing and Direct Response for CLOUDPETS)

These are the top two executives at On Demand Global

The left is Craig Shandler (in another section of this website you will see his son Samuel Shandler who also worked for On Demand Global and now works for Spiral Toys who is doing CLOUDPETS)

The second picture is Brett Saevitzon

Please scroll down for their direct connections to KEVIN HARRINGTON



**Craig Shandler**





**Brett Saevitzon**



# KEVIN HARRINGTON'S Connections to Craig Shandler

(Marketing and Direct Response for CLOUDPETS)

The top left picture~ Craig Shandlers profile on On Demand Global's website

The top right picture~ Craig Shandler tweeting to KEVIN HARRINGTON congratulating him

The bottom left picture~ Craig Shandler again tweeting KEVIN HARRINGTON "@HarringtonKevin tell Ken Fuchs Craig says hi"

The bottom right picture~ KEVIN HARRINGTON'S twitter account















## KEVIN HARRINGTON'S Connections to Brett Saevitzon

### (Marketing and Direct Response for CLOUDPETS)

The top picture~ The paragraph beginning On March 12, 2007.... Brett Saevitzon was issued 15,000 shares in common stock. Which has a fair market value of $22,500 for services provided. In the first paragraph you can see the company which issued these stocks to Brett Saevitzon is OmniReliant.

The bottom picture~ This is from OmniReliants website. This is another one of KEVIN HARRINGTON'S businesses. He is one of the Board of Directors. KEVIN HARRINGTON'S name is the last name under Board of Directors... and then his profile is off to the side.

This proves that Brett Saevitzon has worked for KEVIN HARRINGTON'S companies in the past.

# KEVIN HARRINGTON'S connections to On Demand Global

(Marketing and Direct Response for CLOUDPETS)

The top picture~ is a picture of WugglePets which is an On Demand Global product.

The bottom picture~ is KEVIN HARRINGTON on The View demonstrating WugglePets

This was April 18, 2012... This was PRIOR to pitching to KEVIN HARRINGTON... which proves a few things.

WugglePets is like build a bear worksops that you can do at home by stuffing your own stuffed animals. You can then place a pre-recorded recording inside of the plush animal which says something like "Hi, my name is fluffy." This proves that this is where technology and toys was in 2012. KEVIN HARRINGTON thinks WugglePets is amazing. So you can only imagine what he thought when I pitched to him "Lots of Love Buddies"

This also proves that On Demand Global is a company that he had worked with recently in the past. So why not send CLOUDPETS to them since they had just had marketing success with WugglePets?





KEVIN HARRINGTON'S connections to Digital Target Marketing

(Digital Target Marketing is doing CLOUDPETS website)

These 4 pictures are 4 of the top Executives at Digital Target Marketing

This is from their LinkedIn page

Please scroll down



Here are the same 4 exectuives on their LinkedIn page which shows in the past they all worked for a company called LIVEMERCIAL.

Please scroll down



Jeff O'Connell

Experience

CEO

Don Castagna

Experience

VP Sales

Bridget Corish

Experience

CMO

VP of Business Development

Client Services Mngr

Kevin McGann

Experience

Executive Vice President

O-2

The first picture~ Is Johnny Mathis' LinkedIn page.

Johnny Mathis is the owner of Livemercial.

The second picture~ Is an article written about Johnny Mathis. The picture in the article is of his favorite private jet... you can see the livermercial logo on the tail of the jet.

Just below the picture of the jet it says

"On his speed dial are guys like KEVIN HARRINGTON..."



On his speed dial are guys like Kevin Harrington, Anthony Sullivan, and the guys who brought you P90X, snuggies, and many popular infomercial hits. He was also good friends with the late Billy Mays.

Johnny Mathis

Owner, Livemercial

KEVIN HARRINGTON'S connections to Digital Target Marketing

(Digital Target Marketing is doing CLOUDPETS website)

The first picture~ KEVIN HARRINGTON on GMA Live presenting the GoGo Pillow.

The middle picture~ GoGo Pillow's website is done by Digital Target Marketing

The last picture~ CLOUDPETS website is also done by Digital Target Marketing



# KEVIN HARRINGTON endorsing Livemercial



KEVIN HARRINGTON connection with ERA (Electronic Retailing Association) and CLOUDPETS partners.

What is the Electronic Retail association?

KEVIN HARRINGTON was a Founding Father.

Please see the video to the left where KEVIN HARRINGTON explains ERA and the value of being an ERA Member.



## KEVIN HARRINGTON'S connections to ERA

**Top left picture~** On Demand Global (Marketing and Direct Response for CLOUDPETS) is an ERA member

**Top right picture~** Hutton Miller (Commercial for CLOUDPETS) is an ERA member

**Bottom left picture~** Digital Target Marketing (Website for CLOUDPETS) is an ERA member

**Bottom right picture~** KEVIN HARRINGTON'S page which states that "he went on and founded two global associations - ERA (Electronic Retailers Association)..."



### Partner with On Demand

- On Demand is actively seeking new products.
- We eliminate both execution risk and financial risk for our partners

**ERA**
Electronic Retailing Association Member



KEVIN HARRINGTON

OTM IS A PROUD MEMBER OF:

DRMA





©2013 DIGITAL TARGET MARKETING. ALL RIGHTS RESERVED

ing with the Federal Trade Commission, and we found those folks very happy that an industry they were growing concerned about would have an association setting up ethical standards, requirements for lab studies to support the claims made in infomercials, and the rest.

Through the years ERA has grown in strength and effectiveness to become arguably the most influential and respected organization of its kind, now with seven thousand members in forty-three countries. As founders, Greg and I were granted membership for life on the board of the association.

## SOARING!

The Beverly Hills operation was going gangbusters. Earl Greenberg was on track to make QMI into a high-quality producer of infomercials, the most polished, professional-looking shows in the industry. Of course, quality comes at a cost. We had been turning out half-hour productions for $25,000 to $75,000 apiece. Earl told me, "I'm going to build the most kick-ass kitchen set you ever saw." And did he ever, with appliances like the top-of-the-line Sub-Zero refrigerator. He hired Screen Actors Guild talent as well as directors and cameramen who had worked on important motion pictures.

In Europe, our operation was doing unbelievable business. The problem was keeping our fulfillment contractors supplied with enough product. We were selling four items, moving tens of thousands of units a week, which we now had to keep stocked

*Forbes* magazine wanted to interview me. That's a highly reputable journal, one I admired. I spent three hours with the reporter they sent and found her very professional. I sat for a session with their photographer. When the issue showed up in the mall, the headline on the story read something like, "Is This a Scam Industry?" The only good news was that the reporter understood I was honest and honorable, and so kindly hadn't used my name.

Not long after, I ran into Greg Renker. We traded stories about how the press was tainting our industry. One of us—I don't even remember which one—said, "If we don't form a self-policing organization, the government may start regulating us." After some checking around, we found a Washington, D.C., law firm, Venable, Howard and Civiletti, that had a big reputation for helping trade organizations get off the ground. They would be happy to take us on—but it wasn't going to be inexpensive.

Greg and I started calling around to friends in the business we thought might be in a position to support the effort. We found several willing to kick in start-up money. Greg and I anteed up $40,000 each and told the law firm to get started. We selected an administrator and a secretary for the new trade group that would eventually come to be called the Electronic Retailing Association (ERA)—still today the principal watchdog outfit for the industry.

Meanwhile Venable, Howard and Civiletti set up meetings for Greg and me with a number of congresspersons to make them aware of the new organization. They also set up a meet-

Why ERA was created, so they would not be regulated by the government!

P-3

supporting evidence p1-p3)

17. The last piece of evidence in this section is a video of Kevin Harrington. Please see website for videos.

## EVIDENCE FROM THE LOTS OF LOVE BUDDIES WEBSITE

## WWW.LOTSOFLOVEBUDDIES.COM

## SECTION 3

## EVIDENCE CLOUDPETS STOLE LOTS OF LOVE BUDDIES

18. The first piece of evidence in this section describes the extreme similarities  between Lots of Love Buddies and CloudPets regarding the message and the flashing heart (Exhibit Q)

19. The next piece of evidence describes the extreme similarities between Lots of Love Buddies and CloudPets (Toy-Fi Teddy)... The ability to download Apps books, songs etc. (Exhibit R)

20. The next piece of evidence shows Posts of CloudPets about Improved messaging, lullabies, games, and stories  (Exhibit S)

21. This next piece of evidence shows the Lots of Love Buddies Bear next to  the CloudPets Bear... notice the exact same features. The only feature that is a tad bit different is the color of the fur. Otherwise they are exact. **(Exhibit T)**

22. The next piece of evidence on the website is a video where I compared 192 bears and looked for each individual feature on those 192 bears.  The highest percentage for just (1) feature being the same was 28% .  So  you can imagine how that percentage of likelihood would drop as you add an additional feature.    The Lots of Love Buddies and CloudPet Teddy Bear have all 8 out of 8 distinct features.

# Section 3
# Exhibits Q-Z

This section will look at the similarities between Lots of Love Buddies (LOL Buddies) and CloudPets

(LOL Buddy is just the acronym for "Lots of Love" or "Laugh out Loud" since the "Lots of Love Buddies" would laugh out loud and send lots of love) So you will see both versions "Lots of Love Buddies" and "LOL Buddies" used throughout my brochure and this website

The top picture~ This is from my presentation that was in my brochure. This talks about the heart flashing when there is a message.

To see the full presentation... that evidence is under what is a Lots of Love Buddies section of the website.

The bottom picture~ This is from CloudPets website stating the one-of-a-kind feature. A blinking heart to let you know a loved ones message is waiting.



The top picture~ This is from a different section of my presentation which was in my brochure. This talks about the Apps, books, songs etc. that could be downloaded onto the Lots of Love Buddies

The bottom picture~ Is from Toy-Fi Teddy's website.

(Toy-Fi Teddy is the same as CloudPets. The same Spiral Toys company etc. CloudPets was launched overseas under the name Toy-Fi Teddy)

The bottom picture shows coming soon apps, games, stories, lullabies

So now not only the messaging... but also the ability to download apps onto the toy? This also was a novel idea in the Lots of Love Buddies Patent.



Apps

I however, I did not want the child to be staring at the LOL Buddy waiting for a message to come... So, there will be various pressure points where apps, books, songs, etc. can be downloaded onto the LOL Buddy.

I believe the second most important aspect of the LOL Buddy is that the playability and interest level will be constantly renewed.

Toy-fi toys have so much to offer

CloudPets new update to their app.... As you can
see games, lullabies and stories. Just like what I
pitched to KEVIN HARRINGTON.





Lets look at the Lots of Love Buddies Bear

and the CloudPets Bear

Here is a side by side picture of my Lots of Love
Buddies on the left and a Cloud Pet on the right.

Notice
1. The same HORIZONTAL OVAL nose
2. The same stitched mouth
3. The same cream snout
4. The same cream in ears
5. The same cream paws
6. The same cream belly
7. The same heart message indicator
   that a message is present
8. The same eyes even with the
   lighter color around the eyes





Mark Meyers is claiming he is the "brainchild" of CloudPets...So I would like to look at a few things...

What is the percentage that 2 people would come up with the EXACT same idea...

1. Same heart messaging,

2. Same ability to download content like apps, stories, songs etc...

3. And both Teddy Bears look 99% alike. Same nose, snout, stitched mouth, light around eyes, ears, bellies, paws, and heart message indicator... The only difference is the brown color of the bear

I also had this picture in my brochure which showed more Lots of Love Buddies coming soon.... So not just a Teddy Bear.

Cloudpets started out as just a Teddy Bear... Now have done other animals also.







Lets look at the Lots of Love Buddies Puppy Dog

and CloudPets Puppy Dog

Please notice

1. The same TRIANGLE BLACK nose
2. The same stitching of the mouth
3. The same heart indicator
4. The same furry ears... All of the Cloudpe are made from the same nubby material...

Except for the ears on the dog are furry? WI not just use a different color brown in the sa nubby material? Why make them furry like n ears of my dog?









Lets look at Lots of Love Buddies Bunny

and CloudPets Bunny

The left picture is Cloudpets Bunny
The middle picture is my Bunny from the Ferris wheel
The third picture is a Facebook posts from Cloudpets.

Please notice

1.  The same SMALL PINK nose
2.  The same pink inside the ears
3.  The same white belly
4.  The same white snout
5.  The same heart indicator

Now let's look at the Facebook post, the third picture. This is obviously a staged photo since you do not have that look on your face if you are really sleeping and are not clutching like that if again you were asleep... So it is safe to say this was a staged photo for advertising purposes... So let's look at the positioning of my ears of my bunny the middle picture and the positioning of the ears of the Cloudpets bunny in the staged photo... One up... One bent down.

Lets look at Lots of Love Buddies Logo

and CloudPets Logo

**Logos**
The top logo is Lots of Love Buddies
The bottom logo is Cloudpets....

**Please notice**
1. The cloud
2. The bear
3. My "o" in of is a heart.
There "o" in Cloudpets is a heart
4. Both logos have red hearts



If Mark Meyers actually independently came up with the idea on his own...

Then we shouldn't be able to connect ourselves to each other...

After all, we live in separate States...

We do not have any of the same friends. He is a ex Disney executive and I am a mother of 3

However, I can link us directly by Kevin Harrington.

CloudPets is deeply connected to Kevin Harrington through all of their Shared Partners

23. The next piece of evidence talks about the 8 features (Exhibit U)

24. The next piece of evidence was also in my brochure which showed additional Lots of Love Buddies, different animals (Exhibit V)

25. The next piece of evidence looks at the Lots of Love Buddies Dog and  CloudPets Dog  (Exhibit W)

26. The next piece of evidence looks at the Lots of Love Buddies Bunny and CloudPets Bunny   (Exhibit X)

27. The next piece of evidence compares Lots of Love Buddies Logo and CloudPets Logo  (Exhibit Y)

28. The last piece of evidence I explain in the evidence (Exhibit Z)

## EVIDENCE FROM THE LOTS OF LOVE BUDDIES WEBSITE

## WWW.LOTSOFLOVEBUDDIES.COM

## SECTION 4

## EVIDENCE KEVIN HARRINGTON HAD THE MOTIVE TO STEAL LOTS OF LOVE BUDDIES

28. This section of the evidence is pretty self explanatory, and there are Explanations within the website. The videos are very telling of motives and timelines. So I will attach them as (Exhibit AA-MM)

## EVIDENCE FROM THE LOTS OF LOVE BUDDIES WEBSITE

## WWW.LOTSOFLOVEBUDDIES.COM

## SECTION 5

## CRIMINAL CHARGES ALREADY FILED AGAINST A MEMBER OF MANAGEMENT AT SPIRAL TOYS

29. This piece of evidence is (Exhibit NN)

# Section 4 Exhibits AA-MM

In this section of the website I am showing why I believe KEVIN HARRINGTON had the motive and why he thought he would get away with STEALING "Lots of Love Buddies"

Why I believe Kevin Harrington thought he could get away with stealing Lots of Love Buddies

I pitched to him in sweats

I was BY MYSELF

I did not take a picture with him

So I have NO WITNESSES

How would I ever be able to prove that I pitched to him?

AA

In your letter, you allege that On Demand is making use and profiting from Shana Pollak's intellectual property known as "Lots of Love Buddies." In particular, you allege that On Demand has somehow colluded with As Seen On TV after Ms. Pollak supposedly told On Demand And/or Kevin Harrington about her Lots of Love Buddies at the Toy & Game Conference in Chicago on November 15-17, 2012. These allegations are false, wholly without merit, and unsubstantiated. For the following reasons.

I just want everyone to know that I have tried to reach out to Kevin Harrington a few different times. The first was through demand letters. And recently I sent him a personal letter through his facebook private messenger on June 23, 2015... The private message was viewed on July 8.

Kevin Harrington has chosen to ignore me....

I sent demand letters out to the following companies and or people

Kevin Harrington (demand letter was returned)

As Seen on TV addressed to Kevin Harrington (delivered)

On Demand Global (delivered)

Spiral Toys (demand letter was returned)

Rocap Marketing~ Rocap Marketing acquired Spiral Toys (delivered)

Dragon i-toys (no delivery confirmation since this was sent overseas to the toy-fi teddy line manufacturer)

I only heard a reply from one.

The picture off to the left is a paragraph of the demand letter response to my demand from ON DEMAND GLOBAL'S lawyer.

Notice he states I allege that I supposedly told Kevin Harrington about my Lots of Love Buddies.... and continues stating these allegations are false, wholly without merit and unsubstantiated. (Denying I ever pitched to

In the same demand letter the first sentence of the next paragraph states"First on Demand is not affiliated with and does not have any relationship with As Seen On Tv.

This picture shows a definite affiliation

Please see the next picture for more evidence that this first sentence in their response was a lie.

First, On Demand is not affiliated with and does not have any relationship with As Seen On TV.

Google   on demand glob...

Web   Images   Shopping   More...



Hmmmm...

This is what happens
if you google
on demand global
this is what pops up.

On Demand Direct Marketing | As seen on TV

ondemandglobal.com

Robio Incivity  On Demand is a direct response marketing company its seen on tv with multipe ... Successful products are marketed to retail via our distribution partners in the United States and global markets.

Craig Gexndler
ondemandglobal com - craig-s

Contact Us
ondemandglobal.com - contact...

Brett Staevizon
ondemandglobal com - brett-sa...

Again this is the same sentence...

When you look at this evidence you will see Samuel Shandler's LinkedIn Page.

Samuel Shandler is the son of Craig Shandler which is mentioned in another section of this website. Samuel Shandler is now working for Spiral Toys which led me to his LinkedIn page. He previously worked for his Dad's company On Demand Global another partner for CLOUDPETS.

If you look at his description for what he did at On Demand Global and go down to the last sentence it states.

"Working alongside some of the most seasoned players in the As Seen On TV industry has been a phenomenal experience."

If you are working alongside someone... wouldn't you have a relationship with them?

I can literally go sentence by sentence in the demand letter and show evidence to prove either a blatent lie like above...or the truth... (however, the truth supports my point exactly) For example they state that Mark Meyers was not at the Chicago Toy and Game Convention. Mark Meyers/Spiral Toys is the "so-called brainchild" of this whole CloudPets concept.) This is true... he was NOT at the convention... he had the idea prior he would have been at the convention so he could connect with all of the top toy industry professionals like Hasbro, etc. like I was.

Kevin Harrington just happened to be the Keynote speaker at this Convention... and I had the opportunity to pitch to him. So it is pretty ironic and blatent that my idea was stolen by Kevin Harrington and ran through all of Kevin Harrington's partners and not through the Toy Industries Companies, which is who the convention was for.

## First, On Demand is not affiliated with and does not have any relationship with As Seen On TV.





Samuel Shandler worked at On Demand Global before Spiral Toys. He is the son of Craig Shandler an On Demand Global Executive.

The last sentence reads

Working alongside some of the most seasoned players in the As Seen On TV industry has been a phenomenal experience.

D/D

This picture to the left states what I would have written in this section.

# How Kevin Harrington decides who to invest in...

Kevin Harrington gets a gut decision within 30 seconds

of meeting someone... and it comes down to would he invite them to his house for Christmas or Thanksgiving Dinner

Looks like my sweats and I did not Make the cut for dinner

EE

This is a video where Kevin Harrington tells you how he decides on who he invests in... Also he is asked...has anyone ever had an amazing idea but they weren't someone who you would invest in? And his answer yes...

This video is from the Downtown Podcast in Las Vegas on May 12, 2013 which is after I pitched the idea to Kevin Harrington.



This picture to the left states what I would have written in this section.

# Who Kevin Harrington likes to Invest in...

## People who...

Are Vested in the community

Are Well respected

Have a social buzz

Have Connections

Looks like a mom of three from Henderson, NV didn't make that cut either

In this video Kevin Harrington is now stating what he invests in.

This is from the same Dowtown Podcast in Las Vegas on May 12, 2013.



This picture again states what I would have written in this section.

I believe Lots of Love Buddies
Was such a unique idea that
Kevin Harrington couldn't pass it up.

I also believe I am NOT the only person
to have their idea stolen... I also believe
he sent my idea in other directions.

His scheme is that he runs ideas
To people who would be intimidating
to sue, have social buzz, and who have
connections to people with deep pockets

One example is

Mark Meyers of CloudPets

An Ex Disney Executive
Would have connections to Disney
and their investors

# Mark Meyers on Equities.com
## A video interview
## Talking about CloudPets

Mark Meyers, CEO of Spiral Toys, Inc



Equities.com speaks with Mark...

Technology Published on 15 April 2015

Views (366)

Finally a video of Mark Meyers... the "so-called brainchild" of CLOUDPETS

Scroll down for one clip of the video and what states.

This is just one clip of the video of Equities interview of Mark Meyers



Here is evidence to put into context what Mark Meyers just said.

He claims it take s year to make the product, a little longer since an app is involved, a year to get it onto the shelves for a Holiday season.... SO if anyone sees what they are doing it would take them @ 24-28 months to get to their point.

In another article he states he has been working on this platform for NEARLY 2 1/2 year (28 months is nearly 2 1/2 years)

Scroll down as I count back the months.

According to Mark Meyers of CloudPets... it would take someone @ 24-28 months to get to where they are now.



So 28 months prior to April 15th 2015

would be December 15, 2012

I pitched to Kevin Harrington in NOVEMBER of 2012 which is PRIOR.

Thank you for looking at my website. I have well over 1200 pieces of evidence to show that KEVIN HARRINGTON STOLE my Lots of Love Buddies.

This website shows less than 100 pieces of that evidence.

I was always taught to never show your full hand. But I believe these few pieces paint a very SOLID TRUTH that my idea was Stolen by KEVIN HARRINGTON.

However, I am withholding the DREAM evidence for court.

---

28 months before April 15, 2015 is December 15, 2012
I pitched to Kevin Harrington on November 17, 2012



2013

2012

### Social Media

30.   As you can see, from the above evidence. The Social Media posts also state The Truth.  Our Mission was to get people to go to the www.lotsoflovebuddies.com website so that they could view the evidence for themselves.  I simply did not want to tell people my idea was stolen... I wanted to show them through evidence my story... The American People have the freedom to make their own decisions. This is why my website is mentioned in these posts, I wanted to backup my claim with The Truth.  The evidence on that website is The Truth... The evidence on that website is solid.  I am using Kevin Harrington's facebook photos that he publicly shared, I am referring to Kevin Harrington's book Act Now, which he wrote,  I am using  videos that they shot and released, I am using National TV episodes that aired of Kevin Harrington endorsing and demonstrating As Seen On TV Products. **There is no possible way I could fabricate any of that evidence...**  The other evidence on the website are documents that prove the steps I took to pursue The American Dream.  (Please reference all of the above exhibits)

### CONCERNS I HAVE WITH ON DEMAND AND THIS LAWSUIT

31.   As of August 25, 2015 I have not been served properly with a lawsuit.

32.   I received an email from a Jim Boyle? (Who I have never heard of Before, on August 24, 2015 (Exhibit OO) Which I opened Approximately 3-4pm on August 24, 2015.

33.   In That 2 page email was this attachment (Exhibit PP) which stated

# Section 5
# Exhibit NN

There are already Criminal charges against a member of Spiral Toys management team. CFO Robert Stewart, has been indicted by the SEC (Securities Exchange Commission) for INSIDER TRADING...

The DOJ (Department of Justice) have also filed additional charges against Robert Stewart.



May 14 2015 10:42 PM                                    Share

### SEC Charges CFO and Son With Insider Trading

by JOHN KESTER



The Securities and Exchange Commission (SEC) headquarters building stands in Washington, D.C., U.S. on Tuesday, Oct 1, 2013
*Joshua Roberts/Bloomberg News*

For Spiral Toys CFO Robert Stewart, Thursday was not all fun and games.

The Securities and Exchange Commission charged Mr. Stewart and his son, Sean Stewart, a banker at Perella Weinberg Partners, with insider trading.

## Robert Stewart

Chief Financial Officer at Spiral Toys (OTCQB: STOY)

Greater New York City Area | Entrepreneur

**People also viewed these profiles**

New York University
Leonard N. Stern Scho

422 Connections

### Spiral Toys (OTCQB: STOY)

Chief Financial Officer

July 2014 - Present (11 months)

InMail     Connect

## Background



Federal Court Hearing Date on this motion.

34. On August 25, 2015 I went to the Federal Courthouse in Las

Vegas and asked for help because I did not understand the attachment

He then printed out this for me (Exhibit QQ) Which shows

17 dockets?    The 17th Docket states that certificate of service by

electronic means.  So there must have been some sort of a reader or

something to show that I received this information. Is this correct?

35. I see that On Demand has asked for Ex Parte.  This concerns me that the

On Demand,  would ask that this be decided on without my knowledge

Of the motion.  Especially in regards to the fact that I have not been

served.   Nor do I have any of these documents that are in the dockets.

How do I get copies of those documents?

36. This concerns me that I may not have been able to pursue my legal rights

to file this response to this motion, due to lack of knowing about it.

It concerns me that with less than a 48 hour notice for this

response I have not had a chance to even consider options of counsel.

37. I ask the court to please take this into consideration when reviewing this

response.


**CONCLUSION**

38.  In conclusion, I would ask that On Demand's Motion be Denied.

In no way is  my evidence false or fabricated. My website is all based

on facts,  documents and their own posts.  To remove or restrain

me from speaking and showing The Truth, I feel would be a severe

infringement on my civil rights of The First Amendment to The Freedom

of Speech.  I also feel it would greatly obstruct and deny the rights of an

# Concerns Exhibits OO-QQ

From: **Jim Boyle** jboyle@nevadafirm.com
Subject: Federal Court Hearing Date -- On Demand Direct Reponse, LLC, et al. v. McCart-Pollak United States District Court Case No. 02:15-cv-01576-MMD-VCF
Date: August 24, 2015 at 10:36 AM
To: lotsoflovebuddies@yahoo.com, info@lotsoflovebuddies.com

Dear Ms. McCart-Pollak—

**<u>Your immediate attention to this matter and the attached document is necessary.</u>**

In furtherance to my email of August 21, 2015, please be advised that the Honorable Miranda M. Du, United States District Judge, has entered the attached Minute Order dated August 24, 2015.

The Minute Order sets a hearing date of <u>August 28, 2015 at 8:30 AM PDT</u>, with regard to the *Ex Parte* Application of Plaintiffs for Entry of Temporary Restraining Order and Motion for Order to Show Cause Re: Preliminary Injunction (Docket No. 9), filed by Plaintiffs On Demand Direct Response, LLC and On Demand Direct Response III, LLC.

To participate in the telephonic conference, please note the call-in information that is set forth in the attached Minute Order.

A copy of this notification has been lodged with the Court, to demonstrate compliance with the above-referenced Minute Order.

Best regards,

James D. Boyle

Holley Driggs Walch Fine
 Wray Puzey & Thompson

400 South Fourth Street, Third Floor

Las Vegas, Nevada 89101

(702) 791 - 0308 (office)

(702) 791 - 1912 (fax)

jboyle@nevadafirm.com

The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 702/791-0308, ext. 138, and e-mail the sender that you have received this communication in error. We will remit any reasonable telephone expenses incurred by you. Thank you.
IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform

you that, to the extent this communication (or any attachment) addresses any tax matter, it was not written to be (and may not be) relied upon to (i) avoid tax-related penalties under the Internal Revenue Code, or (ii) promote, market or recommend to another party any transaction or matter addressed herein (or in any such attachment).

082415 Minute Order.pdf

| | |
|---|---|
| **From:** | cmecf@nvd.uscourts.gov |
| **Sent:** | Monday, August 24, 2015 8:57 AM |
| **To:** | cmecfhelpdesk@nvd.uscourts.gov |
| **Subject:** | Activity in Case 2:15-cv-01576-MMD-VCF On Demand Direct Response, LLC et al v. McCart-Pollak Minute Order Setting Hearing |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States District Court**

**District of Nevada**

## Notice of Electronic Filing

The following transaction was entered on 8/24/2015 at 8:56 AM PDT and filed on 8/24/2015
**Case Name:**      On Demand Direct Response, LLC et al v. McCart-Pollak
**Case Number:**   2:15-cv-01576-MMD-VCF
**Filer:**
**Document Number:** 16(No document attached)

**Docket Text:**
**MINUTE ORDER IN CHAMBERS of the Honorable Judge Miranda M. Du, on 8/24/2015. By Deputy Clerk: Peggie Vannozzi. A telephonic hearing on the Motion for Temporary Restraining Order (dkt. no. [9]) is set for 8/28/2015 at 8:30 AM in Reno Courtroom 5 before Judge Miranda M. Du. Plaintiffs are to serve a copy of this minute order on defendant by the end of today (8/24/2015) and file notice of service. The parties are to call the Court's AT&T conference line, 1-888-251-2909, and enter code 3803398 and password 123456. (no image attached) (Copies have been distributed pursuant to the NEF - PAV)**

**2:15-cv-01576-MMD-VCF Notice has been electronically mailed to:**

Brian W Boschee bboschee@nevadafirm.com, ddudas@nevadafirm.com, wmiller@nevadafirm.com

James D. Boyle jboyle@nevadafirm.com, bboschee@nevadafirm.com, epastor@nevadafirm.com, tiplit@nevadafirm.com

**2:15-cv-01576-MMD-VCF Notice has been delivered by other means to:**

Michael J. Rye

Cantor Colburn LLP
20 Church St 22nd Fl
Hartford, CT 06103

Nicholas A. Geiger
Cantor Colburn LLP
20 Church St 22nd Fl
Hartford, CT 06103

Tasia E. Hansen
Cantor Colburn LLP
20 Church St 22nd Fl
Hartford, CT 06103

Thomas Mango
Cantor Colburn LLP
20 Church St 22nd Fl
Hartford, CT 06103

AO-120/121

# United States District Court
## District of Nevada (Las Vegas)
## CIVIL DOCKET FOR CASE #: 2:15-cv-01576-MMD-VCF

On Demand Direct Response, LLC et al v. McCart-Pollak
Assigned to: Judge Miranda M. Du
Referred to: Magistrate Judge Cam Ferenbach
Cause: 15:1125 Trademark Infringement (Lanham Act)

Date Filed: 08/17/2015
Jury Demand: Plaintiff
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**On Demand Direct Response, LLC**

represented by **Brian W Boschee**
Holley, Driggs, Walch, Puzey &
Thompson
400 South Fourth Street, 3rd Floor
Las Vegas, NV 89101
(702) 791-0308
Fax: (702) 791-1912
Email: bboschee@nevadafirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James D. Boyle**
Holley, Driggs, Walch, Puzey &
Thompson
400 S Fourth Street
Third Floor
Las Vegas, NV 89101-
Email: jboyle@nevadafirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Rye**
Cantor Colburn LLP
20 Church St 22nd Fl
Hartford, CT 06103
860-286-2929
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas A. Geiger**
Cantor Colburn LLP
20 Church St 22nd Fl
Hartford, CT 06103
860-286-2929
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Tasia E. Hansen**
Cantor Colburn LLP
20 Church St 22nd Fl
Hartford, CT 06103
860-286-2929
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Mango**
Cantor Colburn LLP
20 Church St 22nd Fl
Hartford, CT 06103
860-286-2929
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**On Demand Direct Response III, LLC**                represented by   **Brian W Boschee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Rye**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas A. Geiger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tasia E. Hansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Mango**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James D. Boyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

## V.

### Defendant

**Shana Lee McCart-Pollak**
*doing business as*
LOL Buddies Enterprises

| Date Filed | # | Docket Text |
|---|---|---|
| 08/17/2015 | 1 | COMPLAINT against D/B/A LOL Buddies Enterprises, Shana Lee McCart-Pollak (Filing fee $400 receipt number 0978-3780787), filed by On Demand Direct Response, LLC, On Demand Direct Response III, LLC. Certificate of Interested Parties due by 8/27/2015. Proof of service due by 12/15/2015. (Attachments: # 1 Exhibit Exhibits A thru F to Complaint, # 2 Civil Cover Sheet Civil Cover Sheet, # 3 Summons Summons) (Boyle, James) (Entered: 08/17/2015) |
| 08/17/2015 | | Case assigned to Judge Miranda M. Du and Magistrate Judge Cam Ferenbach. (MMM) (Entered: 08/17/2015) |
| 08/17/2015 | 2 | NOTICE PURSUANT TO LOCAL RULE IB 2-2: In accordance with 28 USC § 636(c) and FRCP 73, the parties in this action are provided with a link to the "AO 85 Notice of Availability, Consent, and Order of Reference - Exercise of Jurisdiction by a U.S. Magistrate Judge" form on the Court's website - www.nvd.uscourts.gov. **AO 85 Consent forms should NOT be electronically filed.** Upon consent of all parties, counsel are advised to manually file the form with the Clerk's Office. (A copy of form AO 85 has been mailed to parties not receiving electronic service.)<br><br>NOTICE OF GENERAL ORDER 2013-1 AND OPPORTUNITY FOR EXPEDITED TRIAL SETTING: The parties in this action are provided with a link to General Order 2013-1 and the USDC Short Trial Rules on the Court's website - www.nvd.uscourts.gov. If the parties agree that this action can be ready for trial within 180 days and that a trial of this matter would take three (3) days or less, the parties should consider participation in the USDC Short Trial Program. If the parties wish to be considered for entry into the Court's Short Trial Program, they should execute and electronically file with USDC Short Trial Form 4(a)(1) or Form 4(a)(2).<br><br>**(no image attached)** (MMM) (Entered: 08/17/2015) |
| 08/17/2015 | 3 | NOTICE TO COUNSEL PURSUANT TO LOCAL RULE IA 10-2. Counsel Michael J. Rye, Thomas J. Mango, Nicholas A. Geiger, and Tasia E. Hansen to comply with completion and electronic filing of the Designation of Local Counsel and Verified Petition. For your convenience, click on the following link to obtain the form from the Court's website - www.nvd.uscourts.gov/Forms.aspx. |

| | | Upon approval of the Verified Petition, counsel is required to register for the Court's Case Management and Electronic Case Filing (CM/ECF) system and the electronic service of pleadings. Please visit the Court's website **www.nvd.uscourts.gov** to register Attorney(s). Verified Petition due by 10/1/2015. **(no image attached)** (MMM) (Entered: 08/17/2015) |
|---|---|---|
| 08/17/2015 | 4 | AO 120 - REPORT on the filing or determination of an action regarding a patent or trademark. E-mailed to the US Patent and Trademark Office. (Attachments: # 1 complaint) (MMM) (Entered: 08/17/2015) |
| 08/17/2015 | 5 | Summons Issued as to Shana Lee McCart-Pollak. (MMM) (Entered: 08/17/2015) |
| 08/17/2015 | 6 | CERTIFICATE of Interested Parties filed by On Demand Direct Response, LLC that identifies all parties that have an interest in the outcome of this case. Other Affiliate Spiral Toys Ltd., Other Affiliate Dragon-I Toys Ltd., Other Affiliate Jay Franco & Sons, Inc. d/b/a Jay At Play for On Demand Direct Response, LLC added. . (Boyle, James) (Entered: 08/17/2015) |
| 08/17/2015 | 7 | CERTIFICATE of Interested Parties filed by On Demand Direct Response III, LLC that identifies all parties that have an interest in the outcome of this case. Other Affiliate Jay Franco & Sons, Inc. d/b/a Jay At Play, Other Affiliate Spiral Toys, Inc., Other Affiliate Dragon-I Toys, Ltd. for On Demand Direct Response III, LLC added. . (Boyle, James) (Entered: 08/17/2015) |
| 08/18/2015 | 8 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Miranda M. Du, on 8/18/2015. By Deputy Clerk: Peggie Vannozzi. This case has been assigned to the Honorable Miranda M. Du. Judge Du's Civil Standing Order is posted on the U.S. District Court, District of Nevada public website and may be accessed directly via this hyperlink: www.nvd.uscourts.gov **(no image attached)** (Copies have been distributed pursuant to the NEF - PAV) (Entered: 08/18/2015) |
| 08/18/2015 | 10 | MOTION for Order to Show Cause *Re: Preliminary Injunction* by Plaintiffs On Demand Direct Response III, LLC, On Demand Direct Response, LLC. (Attachments: # 1 Declaration Declaration of Mark D. Meyers, # 2 Declaration Declaration of Andrew E. Farrar, # 3 Declaration Declaration of Jeffrey A. Miller, # 4 Declaration Declaration of Kevin Harrington, # 5 Proposed Order [Proposed] Order Granting Ex Parte Application for Temporary Restraining Order, # 6 Proposed Order [Proposed] Order to Show Cause Why a Preliminary Injunction Should Not Issue, # 7 Declaration Certification of James D. Boyle, Esq. in Support of Plaintiffs for Entry of Temporary Restraining Order and Motion for Order to Show Cause re: Preliminary Injunction)(Boyle, James) (Entered: 08/18/2015) |
| 08/18/2015 | 11 | NOTICE of Manual Filing by Plaintiffs On Demand Direct Response III, LLC, On Demand Direct Response, LLC re 9 Ex Parte Motion,,, 10 Motion |

| | | |
|---|---|---|
| | | for Order to Show Cause,,,,. Color Exceprts and Exhibits manually filed with the Clerk's Office. (Boyle, James) (Entered: 08/18/2015) |
| 08/20/2015 | 12 | ORDER Signed by Judge Miranda M. Du on 8/20/2015. The Court denies Plaintiffs request that the Court consider their Application *ex parte* without notice to Defendant, and will establish the following shortened briefing schedule. Plaintiffs are directed to serve Defendant with the Application (dkt. no. 9 ) on or before August 21, 2015. Defendant must file any response by noon on August 26, 2015. Plaintiff must file any reply by 3:00 PM on August 27, 2015. The Court will issue a separate Minute Order setting a hearing on August 28, 2015. (Copies have been distributed pursuant to the NEF - KER) (Entered: 08/20/2015) |
| 08/21/2015 | 13 | Emergency MOTION Service of Process by Electronic Means re 12 Order on Ex Parte Motion, filed by Plaintiffs On Demand Direct Response III, LLC, On Demand Direct Response, LLC. Responses due by 9/7/2015. (Attachments: # 1 Affidavit)(Boyle, James) (Entered: 08/21/2015) |
| 08/21/2015 | 14 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Miranda M. Du, on 8/21/2015. By Deputy Clerk: Peggie Vannozzi. Good cause appearing, it is ordered that Plaintiffs' Emergency Motion for Leave to Serve Pleadings Electronically (dkt. no. 13 ) is granted. Plaintiffs are further directed to file proof of service upon Defendant by electronic means, and proof of personal service upon successful completion of personal service. (Copies have been distributed pursuant to the NEF - PAV) (Entered: 08/21/2015) |
| 08/21/2015 | 15 | CERTIFICATE of Electronic Service re: 14 MINUTE ORDER; filed by On Demand Direct Response III, LLC, On Demand Direct Response, LLC. (Attachments: # 1 Exhibit Electronic Mail Service Notification)(Boyle, James) (Entered: 08/21/2015) |
| 08/24/2015 | 16 | MINUTE ORDER IN CHAMBERS of the Honorable Judge Miranda M. Du, on 8/24/2015. By Deputy Clerk: Peggie Vannozzi. A telephonic hearing on the Motion for Temporary Restraining Order (dkt. no. 9 ) is set for 8/28/2015 at 8:30 AM in Reno Courtroom 5 before Judge Miranda M. Du. Plaintiffs are to serve a copy of this minute order on defendant by the end of today (8/24/2015) and file notice of service. The parties are to call the Court's AT&T conference line, 1-888-251-2909, and enter code 3803398 and password 123456. **(no image attached)** (Copies have been distributed pursuant to the NEF - PAV) (Entered: 08/24/2015) |
| 08/24/2015 | 17 | NOTICE *Certificate of Service by Electronic Means* by On Demand Direct Response III, LLC, On Demand Direct Response, LLC re 16 Minute Order Setting Hearing,,. (Attachments: # 1 Exhibit Electronic Mail Service Notification)(Boyle, James) (Entered: 08/24/2015) |

investor to do Due Diligence on their investments.

39.  I will be issuing a counter claim against the parties that are mentioned in this lawsuit.  I will definitely be pursuing my legal rights.  So I ask that if this is not Denied, at the very least give me a chance to respond to their lawsuit with my evidence before any judgement.

Dated the 26th day August, 2015

*Shana Lee McCart-Pollak*

SIGNATURE
Shana Lee McCart-Pollak
1900 Thunder Ridge Circle
Henderson, NV 89012