BRIAN W. BOSCHEE, ESQ.
Nevada Bar No. 07612
bboschee@nevadafirm.com
JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
jboyle@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: (702) 791-0308
Facsimile: (702) 791-1912

Michael J. Rye*
mrye@cantorcolburn.com
Thomas J. Mango*
tmango@cantorcolburn.com
Nicholas A. Geiger*
ngeiger@cantorcolburn.com
Tasia E. Hansen*
thansen@cantorcolburn.com
Andrew C. Ryan*
ryan@cantorcolburn.com
CANTOR COLBURN LLP
20 Church Street, 22nd Floor
Hartford, Connecticut 06103
860-286-2929 (phone)
860-286-0115 (fax)

*Admitted Pro Hac Vice
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ON DEMAND DIRECT RESPONSE, LLC AND ON DEMAND DIRECT RESPONSE III, LLC,<br><br>Plaintiff,<br>v.<br><br>SHANA LEE MCCART-POLLAK D/B/A LOL BUDDIES ENTERPRISES,<br><br>Defendant. | Case No. 02:15-cv-01576-MMD-VCF<br><br>**FIRST JOINT INTERIM STATUS REPORT** |

Plaintiffs, On Demand Direct Response, LLC and On Demand Direct Response III, LLC (collectively, the "Plaintiffs") and Defendant Shana Lee McCart-Pollak d/b/a LOL Buddies Enterprises (the "Defendant") hereby submit this interim status report (1) to apprise the Court of the status of the Parties ongoing settlement discussions; and (2) to request that the Court allow the Parties up to and including January 29, 2016, to comply with their obligations under Fed. R. Civ. P. 26(f).

On October 14, 2015, the Court held a hearing regarding Plaintiffs' Motion for Preliminary Injunction. The Court made findings and extended the Injunction to March 4, 2016. In addition, the Court directed the parties to confer related to the Injunction. The Parties conferred and entered into a Letter Agreement dated November 11, 2015.

In addition, since the hearing on October 14, 2015, Mark Meyers, the CEO of Spiral Toys LLC, who is Plaintiffs' partner, has been communicating with Defendant regarding the possibility of settlement. These communications resulted in a settlement call on Friday, November 13, 2015, including Defendant, Mr. Meyers, and the representative of the Plaintiffs. The Parties advised that they had a productive call and decided to continue to engage in settlement discussions to attempt to seek an amicable resolution to this dispute. However, because of Mr. Meyers' wedding plans and honeymoon, the Parties are unable to speak until the beginning of December 2015. Knowing the difficulty in scheduling conference calls in December with travel and unavailability because of the holidays, the Parties anticipate that these settlement discussions will continue into January 2016.

The Parties would like to discuss the possible resolution of this matter unencumbered by the litigation process and discovery under Rule 26, and therefore, request that the Court allow the Parties up to and including January 29, 2016, to comply with their obligations under Rule 26(f).

DATED this 9th day of December, 2015.

/s/Thomas J. Mango

Thomas J. Mango*
Andrew C. Ryan*
Michael J. Rye*
Nicholas A. Geiger*
Tasia E. Hansen*
**CANTOR COLBURN LLP**
20 Church Street, 22nd Floor
Hartford, Connecticut 06103

* Admitted Pro Hac Vice

BRIAN W. BOSCHEE, ESQ.
Nevada Bar No. 07612
JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
**HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON**
400 South Fourth Street, Third Floor,
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs*

Shana Lee McCart-Pollak
1900 Thunder Ridge Circle
Henderson, NV 89012

IT IS HEREBY ORDERED that the Discovery Plan and Scheduling Order must be filed on or before January 15, 2016.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: December 14, 2015

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on December 11, 2015, a copy of the foregoing document titled FIRST JOINT INTERIM STATUS REPORT was filed electronically with the Court's electronic filing system and was served by electronic and first class mail on the following:

Shana Lee McCart-Pollack
1900 Thunder Ridge Circle
Henderson, Nevada 89012
lotsoflovebuddies@yahoo.com
info@lotsoflovebuddies.com

                                                  */s/Thomas J. Mango*
                                                  Thomas J. Mango