# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ON DEMAND DIRECT RESPONSE, LLC and ON DEMAND DIRECT RESPONSE III LLC,<br><br>    Plaintiff,<br><br>vs.<br><br><br>SHANA LEE MCCART-POLLAK d/b/a LOL BUDDIES ENTERPRISES ,<br><br>    Defendant.<br><br>ALL RELATED ACTIONS | 2:15-cv-01576-MMD-VCF<br>**ORDER** |

Before the court is the Stipulation to Extend Time to Respond to the Complaint as to Mark Meyers and Spiral Toys, LLC (#100).

IT IS HEREBY ORDERED that a hearing on the Stipulation to Extend Time to Respond to the Complaint as to Mark Meyers and Spiral Toys, LLC (#100) is scheduled for 3:00 p.m., February 24, 2016, in courtroom 3D.

DATED this 9th day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE