# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ON DEMAND DIRECT RESPONSE, LLC and ON DEMAND DIRECT RESPONSE III LLC,<br><br>        Plaintiffs,<br><br>vs.<br><br>SHANA LEE MCCART-POLLAK d/b/a LOL BUDDIES ENTERPRISES,<br><br>        Defendant. | 2:15-cv-01576-MMD-VCF<br>**ORDER** |

The court has reviewed Shana Lee McCart-Pollack's Motion for Extension of Time to Serve Third-Party Defendant As Seen on TV, Inc. (#89) and Third-Party Defendants' Unopposed Motion for Extension of Time to Respond to Third-Party Complaint (#98).

In her motion for extension of time, Ms. McCart-Pollack seeks an additional 90 days to serve As Seen on TV, Inc.  The court will grant Ms. McCart-Pollack's request to extension to serve As See on TV, Inc.; however, the extension is limited to <u>60 days</u> or April 12, 2016 to perfect service of process.

Accordingly,

IT IS HEREBY ORDERED that Shana Lee McCart-Pollack's Motion for Extension of Time to Serve Third-Party Defendant As Seen on TV, Inc. (#89) is GRANTED in part and DENIED in part, as stated above.

IT IS FURTHER ORDERED that Third-Party Defendants' Unopposed Motion for Extension of Time to Respond to Third-Party Complaint (#98) is GRANTED.  The deadline to file a response to the Complaint is extended to and including February 18, 2016.

DATED this 12th day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE