# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ON DEMAND DIRECT RESPONSE, LLC and ON DEMAND DIRECT RESPONSE III, LLC,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>SHANA LEE MCCART-POLLACK d/b/a LOL BUDDIES ENTERPRISES,<br><br>　　　　Defendants. | 2:15-cv-01576-MMD-VCF<br>**ORDER** |

Before the court is the Stipulated Amended Discovery Plan and Scheduling Order (#135).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Stipulated Amended Discovery Plan and Scheduling Order (#135) is scheduled for 11:00 a.m., April 28, 2016, in courtroom 3D.

DATED this 4th day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE