Jacob A. Reynolds (10199)
Robert Stewart (13770)
Hutchinson & Stefen, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Phone (702) 385-2500
Fax (702) 385-2086
jreynolds@hutchlegal.com
rstewart@hutchlegal.com

Michael K. Coran*
Lisa A. Lori*
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Phone (215) 569-2700
mcoran@klehr.com
Llori@klehr.com

*Pro Hac Vice Admission

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ON DEMAND DIRECT RESPONSE, LLC and ON DEMAND DIRECT RESPONSE III, LLC<br><br>Plaintiffs,<br><br>SHANA LEE MCCART-POLLAK d/b/a LOL BUDDIES ENTERPRISES,<br><br>Defendants.<br><br>ALL RELATED ACTIONS | CASE NO. 02:15-cv001576-MMD-VCF<br><br>MOTION TO APPEAR BY TELEPHONE |

**MOTION TO APPEAR BY TELEPHONE**

PHIL1 5379023v.1

1  Third Party Defendants Jay Franco & Sons, Inc. ("Jay Franco"), Jay At Play International, Ltd. ("Jay At Play"), Echo Factory, Inc. ("Echo"), Hutton Miller, LLC ("Hutton"), and Digital Target Marketing, LLC ("DTM") (collectively, the "Jay Franco Parties") hereby respectfully request leave for one of the Jay Franco Parties' lead counsel, Lisa A. Lori of Klehr Harrison Harvey Branzburg LLP, Philadelphia, Pennsylvania,[1] to appear telephonically at the hearing set in the above-captioned case on April 28, 2016 at 11:00 a.m. Ms. Lori's appearance would not prejudice any party in this matter.

WHEREFORE, the Jay Franco Parties respectfully request that the Court enter an order granting leave for the Jay Franco Parties' counsel to appear telephonically at the hearing on April 28, 2016 at 11:00 a.m.

Dated: April 22, 2016

/s/ Lisa A. Lori
Michael K. Coran
Lisa A. Lori
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Tel.: (215) 569-2700
mcoran@klehr.com
llori@klehr.com

Jacob A. Reynolds
Robert Stewart
Hutchinson & Steffen, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500

*Attorneys for Third Party Defendants the Jay Franco Parties*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: _____April 22, 2016_____

---

[1] The Jay Franco Parties' lead counsel in this matter, Michael K. Coran, Esq. and Lisa A. Lori, Esq. of Klehr Harrison Harvey Branzburg LLP, were admitted *pro hac vice* on March 9, 2016. (Doc. 124 & 125).

2

PHIL1 5379023v.1

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I caused the document entitled **Motion to Appear By Telephone** to be served on the 22nd day of April, 2016, as follows:

| Attorney of Record | Parties Represented | Method of Service |
|---|---|---|
| Andrew C. Ryan, Esquire<br>Brian W. Boschee, Esquire<br>James D. Boyle, Esquire<br>Michael J. Rye, Esquire<br>Nicholas A. Geiger, Esquire<br>Tasia Hansen, Esquire<br>Thomas J. Mango, Esquire | On Demand Direct Response, III, LLC | ECF & First Class Mail |
| Shana Lee McCart-Pollak | Defendant (Pro Se) | ECF & First Class Mail |
| Jonathan D. Blum, Esquire<br>Shlomo S. Sherman, Esquire | Third Party Defendant, Spiral Toys, LLC | ECF & First Class Mail |
| Michael N. Feder, Esquire | Third Party Defendant, Kevin Harrington | ECF & First Class Mail |
| Jonathan D. Blum, Esquire | Third Party Defendant, Mark Meyers | ECF & First Class Mail |

DATED this 22nd day of April, 2016.

/s/ Lisa A. Lori
Lisa A. Lori, Esquire

PHIL1 5379023v.1