# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ON DEMAND DIRECT RESPONSE, LLC,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>SHANA LEE MCCART-POLLACK D/B/A LOL BUDDIES ENTERPRISES,<br><br>　　　　　Defendant. | 2:15-cv-01576-MMD-VCF<br>**ORDER** |

　　　The Court has reviewed Third-Party Defendant Kevin Harrington's Emergency Motion to Set Aside Default (#127), the response to the motion (#134) and the reply in support of the motion (#140).

　　　Third-party Defendant Kevin Harrington has shown good cause to set aside the Clerk's Entry of Default (#106).

　　　Shana Lee McCart-Pollak seeks for sanctions in her response to the motion. (#134).  Sanctions are not warranted in these circumstances.

　　　Accordingly,

　　　IT IS HEREBY ORDERED that Third-Party Defendant Kevin Harrington's Emergency Motion to Set Aside Default (#127) is GRANTED.

　　　DATED this 27th day of April, 2016.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE