# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ON DEMAND DIRECT RESPONSE, LLC, *et al.*, <br><br>   Plaintiffs, <br><br> vs. <br> SHANA LEE MCCART-POLLACK d/b/a LOL BUDDIES ENTERPRISES, *et al.*, <br><br>   Defendants. | 2:15-cv-01576-MMD-VCF <br> **ORDER** |

Before the Court is Third-Party Defendants' Emergency Motion to Continue Status Hearing (ECF No. 184).

Accordingly,

IT IS HEREBY ORDERED that the Third-Party Defendants' Emergency Motion to Continue Status Hearing (ECF No. 184) is GRANTED.

IT IS FURTHER ORDERED that the hearing scheduled for 2:30 p.m., August 31, 2016 is VACATED and RESCHEDULED to 1:00 p.m., September 14, 2016, in Courtroom 3D.

DATED this 29th day of August, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE