AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

**** DISTRICT OF NEVADA

ON DEMAND DIRECT
RESPONSE LLC, et al.,

      Plaintiff(s),

v.

SHANA LEE
McCART-POLLAK, et al.,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:15-cv-01576-MMD-VCF

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the following Third-Party Defendants: Jay Franco & Sons, Inc., Jay At Play International, Ltd., Echo Factory, Inc., Hutton Miller, LLC, Digital Target Marketing, LLC, Spiral Toys LLC and Mark Meyers.

September 30, 2016

**LANCE S. WILSON**
Clerk

/s/ K. Rusin
Deputy Clerk