UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ON DEMAND DIRECT RESPONSE, LLC, et al., ) | Case No. 2:15-cv-01576-MMD-NJK |
| Plaintiff(s), ) | ORDER |
| vs. ) | |
| SHANA LEE MCCART-POLLAK, ) | |
| Defendant(s). ) | |

Pending before the Court is the motion to unseal documents filed by Plaintiffs. Docket No. 224.[1] The deadline to respond to the motion to unseal expired on January 30, 2017. *See* Docket No. 224 at 14 (proof of service by mail dated January 13, 2017); Local Rule 7-2(b) (responses to motions must be filed 14 days after service); Fed. R. Civ. P. 6(d) (adding three days to deadlines where service is effectuated by mail). Accordingly, Plaintiffs are hereby **ORDERED** to file, no later than February 6, 2017, either a response in opposition to the motion to unseal or a notice of non-opposition.

IT IS SO ORDERED.

DATED: February 1, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The motion does not identify by docket number the documents at issue. The only sealed documents in this case are at Docket No. 44 (motion to seal and Exhibits C & D to supplemental declaration of Mark Meyers in support of motion for preliminary injunction) and Docket No. 78 (transcript of proceedings re: motion for order to show cause and preliminary injunction hearing, held on October 14, 2015).