# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ON DEMAND DIRECT RESPONSE, LLC, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> SHANA LEE MCCART-POLLAK, ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:15-cv-01576-MMD-NJK <br><br> ORDER <br><br> (Docket No. 240) |

Pending before the Court is the joinder filed by the On Demand Counter-Defendants to Third Party Defendant Kevin Harrington's motion to stay discovery pending resolution of his motion to dismiss. *See* Docket No. 240 (joinder); *see also* Docket No. 239 (motion to stay discovery). As an initial matter, the Court is unclear what relief Counter-Defendants actually seek through this joinder, as they seek to join the motion to stay "to the extent of its relevance" to Counter-Defendants. Docket No. 240. The motion to stay discovery, as framed, appears to have no relevance to Counter-Defendants. Docket No. 239 at 1 (seeking to "stay all discovery relating to [Third-Party Defendant Kevin Harrington]"). Moreover, Counter-Defendants do not have any pending dispositive motion on which they base a request to stay. For that very reason, the Court has already expressly directed Counter-Defendants that any request they may have to stay discovery "must separately address why a stay of discovery is appropriately extended to it. *Cf. White v. Am. Tobacco*, 125 F.R.D. 508, 509 (D. Nev. 1989) (not staying discovery with respect to defendant who had not filed or joined pending dispositive motion)." Docket No. 228 at 1 n.1. The pending joinder has ignored that directive.

Lastly, the joinder has the incorrect case information in its caption. *Compare* Docket No. 240 at 1 *with* Docket No. 221 (ordering that all further documents "must bear the correct case number **2:15-cv-1576-MMD-NJK**" (emphasis in original)).

Accordingly, the joinder at Docket No. 240 is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: February 10, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge