**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
Nevada Bar No. 7332
Email: mfeder@dickinson-wright.com
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
Email: gblumberg@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009
*Attorneys for Third-Party Defendant*
*Kevin Harrington*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ON DEMAND DIRECT RESPONSE, LLC DISTRICT OF NEVADA AND ON DEMAND DIRECT RESPONSE III, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>SHANA LEE MCCART-POLLAK D/B/A LOL BUDDIES ENTERPRISES<br><br>Defendant. | CASE NO. 2:15-cv-1576-MMD-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR THIRD-PARTY PLAINTIFF SHANA LEE MCCART-POLLAK TO RESPOND TO THIRD-PARTY DEFENDANT KEVIN HARRINGTON'S MOTION TO DISMISS [ECF No. 233] THIRD-PARTY PLAINTIFF SHANA LEE MCCART-POLLAK'S AMENDED THIRD-PARTY COMPLAINT [ECF No. 225]**<br><br>**(First Request)** |
| ALL RELATED ACTIONS | |

IT IS HEREBY STIPULATED AND AGREED by and between Third-Party Plaintiff Shana McCart-Pollak ("Pollak") and Third-Party Defendant Kevin Harrington ("Harrington"), by and through his attorneys, the law firm of Dickinson Wright PLLC, that the deadline for Pollak to respond to Harrington's pending motion to dismiss [ECF No. 233], filed on February 2, 2017, is extended to February 28, 2017.

Pollak requested the extension because she is: (1) waiting on the transcripts from the Court relating to the Temporary Restraining Order hearing; (2) securing out-of-state

1

declarations; and (3) waiting on evidence which she wants to address and offer as proof in opposition to Harrington's pending motion to dismiss.

| DATED this 15th day of February 2017 | DATED this 15th day of February 2017 |
|---|---|
| | DICKINSON WRIGHT PLLC |
| /s Shana Lee McCart-Pollak<br>Shana Lee McCart-Pollak<br>1900 Thunder Ridge Circle<br>Henderson, NV 89012<br>*Third-Party Plaintiff pro se* | MICHAEL N. FEDER<br>Nevada Bar No. 7332<br>GABRIEL A. BLUMBERG<br>Nevada Bar No. 12332<br>8363 West Sunset Road, Suite 200<br>Las Vegas, Nevada 89113-2210<br>*Attorneys for Third-Party Defendant Kevin Harrington* |

**O R D E R**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: February 16, 2017

