# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ON DEMAND DIRECT RESPONSE, LLC, et al., | Case No. 2:15-cv-01576-MMD-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 286) |
| SHANA LEE MCCART-POLLAK, | |
| Defendant(s). | |

Pending before the Court is Counter-Claimant Shana Lee McCart-Pollak's motion to extend the deadline to amend the pleadings and add parties. Docket No. 286. Ms. McCart-Pollak contends that such extension is proper because of the deficient discovery responses provided to date. *See id.* Concurrently herewith, the Court is granting her motion to compel further discovery. The Court similarly agrees here that a 30-day extension is appropriate with respect to the deadline to amend or add parties. Accordingly, the motion to extend is **GRANTED**, and the deadline to amend or add parties is **EXTENDED** to December 15, 2017. All other deadlines in the scheduling order remain unchanged.

IT IS SO ORDERED.

DATED: November 17, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge