# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ON DEMAND DIRECT RESPONSE, LLC, et al.,<br>Plaintiff(s),<br>v.<br>SHANA LEE MCCART-POLLAK,<br>Defendant(s). | Case No. 2:15-cv-01576-MMD-NJK<br>ORDER<br>(Docket No. 308) |

Pending before the Court is Ms. McCart-Pollak's motion to enforce payment of the previous cost award of $146.29. Docket No. 308. No response was filed. The Court held a hearing on that motion on February 23, 2018, at which attorney Tony Abbatangelo indicated that he would pay the outstanding amount. Accordingly, the motion is hereby **GRANTED** as unopposed. Mr. Abbatangelo is **ORDERED** to pay Ms. McCart-Pollak $146.29 by 5:00 p.m. today.

IT IS SO ORDERED.

DATED: February 23, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge