# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ON DEMAND DIRECT RESPONSE, LLC, et al.,

        Plaintiff(s),

v.

SHANA LEE MCCART-POLLAK,

        Defendant(s).

Case No. 2:15-cv-01576-MMD-NJK

ORDER

Pending before the Court is, *inter alia*, whether the Court should hold On Demand in contempt for failing to produce documents as ordered. *See, e.g.*, Docket No. 297. "Sanctions for civil contempt may be imposed to coerce obedience to a court order." *General Sign Corp. v. Donallco, Inc.*, 787 F.2d 1376, 1380 (9th Cir. 1986). It has been represented to the Court under penalty of perjury that the documents at issue have not been produced because a third-party vendor will not release them without payment. Docket No. 300 at 4. At the hearing on this matter, counsel expressed a willingness generally to make payments to comply with the Court's orders. *See* Docket No. 321 at 10 (transcript for hearing of February 23, 2018). It is not clear whether counsel has now paid the third-party vendor, such that the documents at issue have been produced to Ms. McCart-Pollak.

//

//

//

//

Accordingly, On Demand shall file a supplement identifying whether the third-party vendor has been paid and, if so, whether the documents have now been produced. That supplement shall be filed by March 22, 2018.

IT IS SO ORDERED.

DATED: March 8, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge