# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ON DEMAND DIRECT RESPONSE, LLC, et al.,

    Plaintiff,

v.

SHANA LEE MCCART-POLLAK D/B/A LOL BUDDIES ENTERPRISES, et al.

    Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  2:15-cv-01576-MMD-NJK

*And all related actions.*

\_\_\_ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (ECF No. 341) is accepted and adopted.

  **IT IS FURTHER ORDERED AND ADJUDGED** that default judgment is hereby entered in favor of McCart-Pollak on her counterclaims against On Demand.

Date: June 20, 2018        DEBRA K. KEMPI
                 Clerk

                 /s/K. Walker
                 Deputy Clerk