# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ON DEMAND DIRECT RESPONSE, LLC, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>SHANA LEE MCCART-POLLAK,<br><br>Defendant(s). | Case No.: 2:15-cv-01576-MMD-NJK<br><br>**Order**<br><br>[Docket Nos. 368-370] |

Ms. McCart-Pollak filed notices of deposition subpoenas. Docket Nos. 368-370. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above referenced documents, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: July 12, 2018

Nancy J. Koppe
United States Magistrate Judge