# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ON DEMAND DIRECT RESPONSE, LLC, et al.,

    Plaintiff(s),

v.

SHANA LEE MCCART-POLLACK,

    Defendant(s).

Case No.: 2:15-cv-01576-MMD-NJK

**Order**

[Docket No. 367]

    Pending before the Court is a motion by attorney Tony Abbatangelo to be withdrawn as attorney for the On Demand parties and that attorney Jeffrey Miller be withdrawn as attorney for the On Demand parties. Docket No. 367. The motion is defective. First, with respect to Mr. Miller, the Court previously denied a similar motion <u>because Mr. Abbatangelo conceded that he lacks standing to make such a request</u>. Docket No. 343 at 1 n.1. No showing is made with respect to the current motion as to how Mr. Abbatangelo can seek withdrawal on behalf of Mr. Miller, nor is there any acknowledgement that Mr. Abbatangelo has already conceded that such a request is improper. Moreover, and significantly, Mr. Abbatangelo represents that he "has attempted to communication [sic] with Mr. Jeffrey Miller on several occasions and through several mediums without success." Docket No. 367 at 4. The Court is not persuaded that it would be proper to grant any relief with respect to Mr. Miller in these circumstances.

1

Second, with respect to Mr. Abbatangelo himself, the motion is not supported by a memorandum of points and authorities that identifies the applicable legal standards and explains how they have been met such that relief can be granted.

Accordingly, the motion to withdraw is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: July 27, 2018

_____
Nancy J. Koppe
United States Magistrate Judge