# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ON DEMAND DIRECT RESPONSE, LLC, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>SHANA LEE MCCART-POLLAK,<br><br>Defendant(s). | Case No.: 2:15-cv-01576-MMD-NJK<br><br>**Order**<br><br>[Docket No. 380] |

The Court has entered default judgment on Ms. McCart-Pollak's counterclaims against On Demand. Docket No. 362. The matter of calculating damages for default judgment has been referred to the undersigned. *See* Docket No. 361. Pending before the Court is Ms. McCart-Pollak's renewed motion to calculate damages. Docket No. 380. The Court hereby **SETS** a prove-up hearing for 10:00 a.m. on October 16, 2018, in Courtroom 3D.

IT IS SO ORDERED.

Dated: September 14, 2018

Nancy J. Koppe
United States Magistrate Judge

1