UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ON DEMAND DIRECT RESPONSE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SHANA LEE MCCART-POLLAK,<br><br>Defendant. | Case No. 2:15-cv-01576-MMD-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for Permission to Serve Non-Party Subpoena on Jay at Play (ECF No. 402), filed on December 14, 2018. To date, no party has filed an opposition to this motion and the time for response has now expired.

On November 14, 2018, Defendant and Third-Party Plaintiff Shana Lee McCart-Pollak (hereinafter "McCart-Pollak") served a subpoena on an individual named Mark Meyers and he produced documents reflecting royalty payments to Plaintiff On Demand ("On Demand") for 2015. However, Mr. Meyers was unable to fully comply with the subpoena. Based on Mr. Meyers' assertion, Plaintiff represents that Jay at Play likely has documents reflecting royalty payments made to On Demand. She requests that the Court permit her to serve a subpoena on Jay at Play requesting the same documents requested in the subpoena served on Mark Meyers. The Court finds good cause to grant Plaintiff's request and, therefore, grants her motion to serve non-party subpoena on Jay at Play. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Permission to Serve Non-Party Subpoena on Jay at Play (ECF No. 402) is **granted**.

Dated this 18th day of January, 2019

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1