**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
Nevada Bar No. 7332
Email: mfeder@dickinson-wright.com
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
Email: gblumberg@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009
*Attorneys for Third-Party Defendant*
*Kevin Harrington*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ON DEMAND DIRECT RESPONSE, LLC DISTRICT OF NEVADA AND ON DEMAND DIRECT RESPONSE III, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> SHANA LEE MCCART-POLLAK D/B/A LOL BUDDIES ENTERPRISES <br><br> Defendant. | CASE NO. 2:15-cv-1576-MMD-GWF <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME REGARDING BRIEFING ON SHANA LEE MCCART-POLLAK'S MOTION FOR RECONSIDERATION [ECF NO. 413]** <br><br> **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between Third-Party Plaintiff Shana Lee McCart-Pollak ("Pollak") and Third-Party Defendant Kevin Harrington ("Harrington"), by and through his attorneys, the law firm of Dickinson Wright PLLC, that: (1) Harrington shall have up through and including February 27, 2019 to file his response to Pollak's Motion for Reconsideration [ECF No. 413] and (2) Pollak shall have up through and including March 13, 2019 to file her reply in support of her Motion for Reconsideration.

...

...

...

...

1

This is the first request for an extension of time of the briefing schedule in relation to the Motion for Reconsideration.

| DATED this 19th day of February 2019. | DATED this 19th day of February 2019. |
|---|---|
| /s/ Shana Lee McCart-Pollak<br>Shana Lee McCart-Pollak<br>524 Blanche Court<br>Henderson, NV 89052<br>*Defendant/Third Party Plaintiff/Counter Claimant pro se* | DICKINSON WRIGHT PLLC<br><br>MICHAEL N. FEDER<br>Nevada Bar No. 7332<br>GABRIEL A. BLUMBERG<br>Nevada Bar No. 12332<br>8363 West Sunset Road, Suite 200<br>Las Vegas, Nevada 89113-2210<br>*Attorneys for Third-Party Defendant Kevin Harrington* |

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT JUDGE

DATED: February 20, 2019

2