Shana Lee McCart-Pollak
524 Blanche Ct
Henderson, NV 89052
(702) 439-2263
Email: lotsoflovebuddies@yahoo.com
DEFENDANT/ THIRD-PARTY PLAINTIFF IN PROPER PERSON

```
____FILED       ____RECEIVED
____ENTERED     ____SERVED ON
           COUNSEL/PARTIES OF RECORD

           FEB 2 1 2019

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ON DEMAND DIRECT RESPONSE, LLC AND ON DEMAND DIRECT RESPONSE III, LLC,<br><br>Plaintiff(s)<br>vs.<br>SHANA LEE MCCART-POLLAK D/B/A LOLBUDDIES ENTERPRISES,<br><br>Defendant | Case No.: 02:15-cv-01576-MMD-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME REGARDING SHANA LEE MCCART-POLLAK'S DEADLINE FOR PROVE UP DAMAGES**<br><br>**(SECOND REQUEST)** |
| ALL RELATED ACTIONS | |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant/Third-Party Plaintiff Shana Lee McCart-Pollak ("Ms. McCart-Pollak") in proper person, and Counter Defendants On Demand Direct Response III, LLC and On Demand Direct Response, LLC, ("On Demand") and Third-Party Defendant Kevin Harrington ("Mr. Harrington") by and through their respective undersigned counsels, that the deadline for Ms. McCart-Pollak to Prove-Up her Damages against On Demand be extended by an additional sixty (60) days to April 22, 2019.

This is the Second request for an extension of time. This additional extension is needed due to Ms. McCart-Pollak's position of non-compliance of multiple Court orders by Spiral Toys, Inc. and Mark Meyers with whom, Ms. McCart-Pollak is currently attempting to seek compliance through meet-and-confers. In addition, the Court granted Ms. McCart-Pollak's request to Subpoena Jay at Play. Ms. McCart-Pollak is currently

PLEADING TITLE - 1

attempting to seek full compliance of the subpoena through meet-and-confers with Jay at Play.

| DATED this 21st day of February 2019. | DATED this 21st day of February 2019. |
|---|---|
| /s/ Shana Lee McCart-Pollak<br>SHANA LEE MCCART-POLLAK<br>524 Blanche Court<br>Henderson, NV 89052<br>*Defendant/Third Party Plaintiff/Counter Claimant*<br>*Pro se* | DICKINSON WRIGHT PLLC<br><br>/s/ Michael N. Feder<br><br>MICHAEL N. FEDER<br>Nevada Bar No. 7332<br>GABRIEL A. BLUMBERG<br>Nevada Bar No. 12332<br>8363 West Sunset Road, Suite 200<br>Las Vegas, Nevada 89113-2210<br>*Attorneys for Third-Party Defendant Kevin Harrington* |
| DATED this 21st day of February 2019<br><br>/s/ Tony Abbatangelo<br>TONY ABBATANGELO<br>Nevada Bar No. 3897<br>4560 South Decatur Blvd., Suite 300<br>Las Vegas, Nevada 89103<br>*Attorney for Counter-Defendants On Demand Direct Response, LLC and On Demand Direct Response III, LLC* | |

**IT IS SO ORDERED.**

/s/ George Foley Jr.
UNITED STATES MAGISTRATE JUDGE

DATED: 2/25/2019

PLEADING TITLE - 2