RECEIVED
FILED ___ SERVED ON
ENTERED ___ COUNSEL/PARTIES OF RECORD

APR 19 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

1  Shana Lee McCart-Pollak
2  524 Blanche Ct
   Henderson, NV 89052
3  (702) 439-2263
   Email: lotsoflovebuddies@yahoo.com
4  DEFENDANT/ THIRD-PARTY PLAINTIFF IN PROPER PERSON

5
              UNITED STATES DISTRICT COURT
6                   DISTRICT OF NEVADA

7

8  ON DEMAND DIRECT RESPONSE, LLC   Case No.: 02:15-cv-01576-MMD-GWF
   AND ON DEMAND DIRECT RESPONSE III,
9  LLC,

10 Plaintiff(s)                         **STIPULATION AND ORDER FOR**
   vs.                                  **EXTENSION OF TIME REGARDING**
11 SHANA  LEE  MCCART-POLLAK   D/B/A    **SHANA LEE MCCART-POLLAK'S**
   LOLBUDDIES ENTERPRISES,              **DEADLINE FOR**
12                                      **PROVE UP DAMAGES**
                Defendant
13                                      **(THIRD REQUEST)**
   ───────────────────────────────
14 ALL RELATED ACTIONS

15

16      IT IS HEREBY STIPULATED AND AGREED by and between Defendant/Third-

17 Party Plaintiff Shana Lee McCart-Pollak ("Ms. McCart-Pollak") in proper person, and

18 Counter Defendants On Demand Direct Response III, LLC and On Demand Direct

19 Response, LLC, ("On Demand") and through their respective undersigned counsels, that

20 the deadline for Ms. McCart-Pollak to Prove-Up her Damages against On Demand be

21 extended by an additional sixty (60) days to June 21, 2019.

22      This is the third request for an extension of time. This additional extension is

23 needed due to the facts that On Demand is still in Contempt of Court, and now additional

24 parties are also not in compliance with Court Orders to produce the relevant and material

25 documents which are needed for Ms. McCart-Pollak's claims. On March 25, 2019, (Dkt

26 434) The Court issued a Report and Recommendation that Spiral Toys be held in

27 Contempt of Court and for Mark Meyers to show Cause Why he should not be held in

28

STIP EXTENSION PROVE UP ON  DEMAND.DOCX - 1

Contempt which are pending. In addition, On March 29, 2019, there was a hearing regarding Jay at Play's request for a protective order, and Ms. McCart-Pollak's request seeking full compliance of the subpoena which she served on Jay at Play. The Court has taken these matters under submission.

DATED this 19 day of April 2019.

SHANA LEE MCCART-POLLAK
524 Blanche Court
Henderson, NV 89052
*Defendant/Third Party Plaintiff/Counter Claimant*
*Pro se*

DATED this 19 day of April 2019

/s/ Tony Abbatangelo

**TONY ABBATANGELO**
Nevada Bar No. 3897
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
*Attorney for Counter-Defendants*
*On Demand Direct Response, LLC and*
*On Demand Direct Response III, LLC*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

**DATED:** 4/22/2019

STIP EXTENSION PROVE UP ON   DEMAND.DOCX - 2

# CERTIFICATE OF SERVICE

Case Name: On Demand Direct Response LLC, et al v Shana McCart-Pollak et al

District Court Case No: 02:15-cv-01576-MMD-GWF

9th Cir. Case No: 17-15020

I, **Shana Lee McCart-Pollak,** declare as follows. I am over the age of 18 years:

My address is:          524 Blanche Court
                        Henderson, Nevada 89052
                        (702) 439-2263

On **April 19, 2019**, I served the foregoing document described as:

**STIPULATION AND ORDER FOR EXTENSION OF TIME REGARDING SHANA LEE MCCART-POLLAK'S DEADLINE FOR PROVE UP DAMAGES**

By placing a true and correct copy thereof in a sealed envelope with postage, and deposited said envelope in the United States mail in **Henderson, Nevada,** addressed to:

Anthony Abbatangelo
Paul Padda Law, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103

I declare under penalty of perjury that the foregoing is true and correct.

Executed in _April 19th, 2019_          at _Henderson, NV_
                (date)                              (place of signing)

_Shana Lee McCart-Pollak_
Signature

_Shana Lee McCart-Pollak_
name

PLEADING TITLE - 1