# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ON DEMAND DIRECT RESPONSE, LLC,
*et al.*

        Plaintiffs,

v.

SHANA LEE MCCART-POLLAK,
        Defendant.

AMENDED DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:15-cv-01576-MMD-EJY

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that pursuant to this court's order entered August 29, 2019 (ECF No. 465), default judgment is hereby entered in favor of Shana Lee McCart-Pollak, and against On Demand Direct Response, LLC and On Demand Direct Response III, LLC in the amount of $537,097.92.

Date: August 29, 2019

      DEBRA K. KEMPI
      Clerk



      /s/ D.R. Morgan
      Deputy Clerk