# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

SHANA MCCART-POLLAK

    Third Party Plaintiff,

  v.

DRAGON-I TOYS, LTD. AND
AS SEEN ON TV, INC.

    Third Party Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:15-CV-1576-MMD-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the Court's minute order in chambers (ECF No. 474,) and previously entered Clerk's defaults (ECF No. 107 as to Dragon-I Toys and ECF No. 160 as to As Seen on TV,) default judgment is entered for Third Party Plaintiff against Third Party Defendants Dragon-I Toys, Ltd. and As Seen on TV, Inc.

9/30/2019  
Date

DEBRA K. KEMPI  
Clerk

P. Vannozzi  
Deputy Clerk